**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jenk's Best Living, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2976554 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 6911 South 66th East Avenue Suite 100 Tulsa, OK 74133 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Tulsa | **Location of principal assets, if different from principal place of business** |
| County | 204 South Riverfront Drive Jenks, OK 74037 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   https://www.thrive-jenks.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Jenk's Best Living, LLC                                    Case number (*if known*) _____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____6513_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

Debtor   Jenk's Best Living, LLC _____    Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list          Debtor   PSC Thrive, LLC _____    Relationship   _____

                                District   Maryland _____   When   7/19/26 _____   Case number, if known   _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☒ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Jenk's Best Living, LLC
          Name

Case number (*if known*) _____

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 19, 2026
               MM / DD / YYYY

**X** /s/  Zvi Guttman
Signature of authorized representative of debtor

Zvi Guttman
Printed name

Title    Chief Restructuring Officer

---

**18. Signature of attorney**

**X** /s/ Maurice Verstandig
Signature of attorney for debtor

Date    July 19, 2026
        MM / DD / YYYY

Maurice Verstandig 18071
Printed name

The VerStandig Law Firm, LLC
Firm name

9812 Falls Road
#114-160
Potomac, Maryland 20854
Number, Street, City, State & ZIP Code

Contact phone    (301) 444-4600        Email address    mac@mbvesq.com

18071 (Maryland)
Bar number and State

## RESOLUTION AUTHORIZING BANKRUPTCY FILINGS

The undersigned, being the authorized agent of the Companies (as defined below), does hereby resolve as follows:

WHEREAS, it appears one of the Companies is alleged to have lost—or stands on the brink of losing—its sole notable asset, in the form of an apartment building in Oklahoma; and

WHEREAS, there exist bona fide concerns that the putative loss of this asset is not attributable to the actions or inactions of the Companies but, rather, to rogue, *ultra vires* conduct; and

WHEREAS, it is believed the Companies will be economically healthy and able to both service their debts and serve the communities in which they operate, if permitted to reorganize;

WHEREAS, it is believed reorganization would permit the Companies to be relieved of any alleged loss of the aforesaid asset;

IT IS NOW, THEREFORE, RESOLVED as follows:

1. This resolution shall apply to the following entities, each of which shall constitute a "Company" and all of which are cumulatively referred to herein as the "Companies:" (i) PSC Thrive, LLC; and (ii) Jenk's Best Living, LLC.

2. Pursuant to section 4A-403(d)(i) of the Maryland Corporations and Associations Code; sections 17-7693 and 17-7698 of the Kansas Statutes; and the Resolution of the Members of Jenk's Best Living, LLC Authorizing PSC Thrive, LLC to Undertake Litigation to Clear Title, each of the Companies are hereby authorized to file—but not required to file—a voluntary petition for relief pursuant to section 301 of title 11 of the United States Code;

3. Zvi Guttman, the chief restructuring officer of each of the companies (the "CRO"), is hereby authorized to take any and all actions requisite to cause any combination of the Companies to file a voluntary petition for bankruptcy relief, including the retention of The VerStandig Law Firm, LLC as general reorganization counsel; and

4. Any such actions heretofore taken by the CRO (or the Companies through the agency of any person(s) other than the CRO) are hereby approved and ratified; and

5. The CRO shall serve as the representative of each Company in connection with any bankruptcy case that may be filed; and

6. The CRO shall exercise his sole and absolute discretion in connection with any ensuing bankruptcy case(s), working with general reorganization counsel, and shall require no further authorization to perform the tasks attendant to a bankruptcy case including, but not limited to, the filing of a petition for relief, schedules, a statement of financial affairs, various motions, a plan of reorganization, and a disclosure statement.

*[Signature on Following Page]*

1

Signed, this 19th day of July, 2026

PSC THRIVE, LLC

*Zvi Guttman* _____ [SEAL]
By: Zvi Guttman
Its: Chief Restructuring Officer


JENK'S BEST LIVING, LLC

*Zvi Guttman* _____ [SEAL]
By: Zvi Guttman
Its: Chief Restructuring Officer

2

**Fill in this information to identify the case:**

Debtor name    Jenk's Best Living, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 19, 2026      **X** /s/   Zvi Guttman
                                            Signature of individual signing on behalf of debtor

                                            Zvi Guttman
                                            Printed name

                                            Chief Restructuring Officer
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | Jenk's Best Living, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AKA Cleaning, LLC 12207 E 27th Pl Tulsa, OK 74129 | | Vendor | | | | $6,500.00 |
| Apartment List, Inc. c/o Document Retrieval Service, Inc. 2808 N. Windson Pl Oklahoma City, OK 73127 | | Vendor | | | | $4,428.00 |
| Berkadia Commercial Mortgage LLC 323 Norristown Road Suite 300 Ambler, PA 19002 | | 204 South Riverfront Drive, Jenks, Oklahoma 74037 | | $17,539,310.59 | $14,085,125.78 | $3,454,184.81 |
| Conservice, LLC c/o National Registered Agents, Inc. 1833 S. Morgan Rd Oklahoma City, OK 73128 | | Vendor | | | | $2,299.00 |
| Costar - Apartments.com 1201 Wilson Blvd 22209 | | Vendor | | | | $29,011.61 |
| Empire Protection Services 14083 SH 51 Coweta, OK 74429 | | | | | | $5,460.00 |
| Kahn Berman Solomon Taibel & Mogol, P.A. 307 International Cir #620 Cockeysville, MD 21030 | | | | | | $9,800.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Jenk's Best Living, LLC _____    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KBE Cleaning c/o Keith Bruner 7704 Maehs Cir. Oklahoma City, OK 73162 | | | | | | $5,194.99 |
| Lowe's Pro MSH c/o Corporation Service Company 10300 Greenbriar Place Oklahoma City, OK 73159 | | | | | | $14,806.76 |
| Public Service Company of Oklahoma 212 E 6th Street Tulsa, OK 74119 | | | | | | $6,486.42 |
| Rasa Floors c/o C T Corporation System 1833 South Morgan Road Oklahoma City, OK 73128 | | | | | | $3,062.21 |
| Saldierna Remodeling 225 S Montclair Ave Tulsa, OK 74104 | | | | | | $5,220.00 |
| Sherwin Williams Company c/o Corporation Service Company 10300 Greenbriar Place Oklahoma City, OK 73159 | | | | | | $7,558.00 |
| Tulsa County Treasurer 218 W 6th St 8th Floor Tulsa, OK 74119 | | | | | | $7,227.00 |
| Vesta Landscaping Services, LLC 6911 S 66th Ave Tulsa, OK 74133 | | | | | | $20,580.00 |
| Vesta Realty 1422 E 71st St Tulsa, OK 74136 | | | | | | $6,275.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Jenk's Best Living, LLC                                     Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Western State Fire Protection c/o C T Corporation System 1833 South Morgan Road Oklahoma City, OK 73128 | | | | | | $8,759.00 |
| Western Valet Maintenance, LLC 1909 S Nyssa Ave W Broken Arrow, OK 74012 | | | | | | $3,528.00 |
| YSA Investments 1 LLC c/o Northwest Registered Agent Service, Inc. 8 The Green Suite B Dover, DE 19901 | | 204 South Riverfront Drive, Jenks, Oklahoma 74037 | Contingent Disputed | $921,000,000.00 | $14,085,125.78 | $921,000,000.00 |
| Zillow Rentals 1301 Second Avenue Floor 36 Seattle, WA 98101 | | | | | | $2,552.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Jenk's Best Living, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................   $    14,085,125.78

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................   $    764,443.75

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................   $    14,849,569.53

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    938,539,310.59

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    7,227.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    156,259.68

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b      $    938,702,797.27

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Jenk's Best Living, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First United | Checking | | $0.00 |
| 3.2. | First United | Security Deposits | | $0.00 |
| 3.3. | Unknown | Money Market | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $0.00

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor      Jenk's Best Living, LLC                                              Case number *(If known)*
                      Name

| | | |
|---|---|---|
| 8.1. | Divvy Prepaid | $1,000.00 |
| 8.2. | MIP Escrow | $8,300.44 |
| 8.3. | Insurance Escrow | $208,715.16 |
| 8.4. | Prepaid Insurance | $37,748.11 |
| 8.5. | Prepaid Tax Escrow | $25,591.53 |
| 8.6. | Utility Deposits | $8,391.72 |
| 8.7. | Other Prepaids | $160,404.91 |

9.      **Total of Part 2.**                                                                                                      $450,151.87

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:          21,383.92          -                          0.00   = ....               $21,383.92
                                                     face amount                       doubtful or uncollectible accounts

11a. 90 days old or less:          292,907.96        -                          0.00   = ....               $292,907.96
                                                     face amount                       doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                                                                     $314,291.88

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:**      **Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  2

Debtor     Jenk's Best Living, LLC
                    Name                                                           Case number (If known) _____

---

**Part 5:**          **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**          **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**          **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**          **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   204 South Riverfront Drive, Jenks, Oklahoma 74037 | Fee Simple | $0.00 | Balance Sheet | $14,085,125.78 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $14,085,125.78 |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    Jenk's Best Living, LLC
          _____
          Name

Case number *(If known)* _____

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor     Jenk's Best Living, LLC                                    Case number *(If known)* _____
                    Name

Part 12:      **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $450,151.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $314,291.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................>* | | $14,085,125.78 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $764,443.75 | + 91b. $14,085,125.78 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $14,849,569.53 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Jenk's Best Living, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Berkadia Commercial Mortgage LLC <br> Creditor's Name <br> 323 Norristown Road <br> Suite 300 <br> Ambler, PA 19002 <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> 08/26/21 <br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes. Specify each creditor, including this creditor and its relative priority. <br> 1. Berkadia Commercial Mortgage LLC <br> 2. YSA Investments 1 LLC | **Describe debtor's property that is subject to a lien** <br> 204 South Riverfront Drive, Jenks, Oklahoma 74037 <br><br> **Describe the lien** <br> Deed of Trust <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $17,539,310.59 | $14,085,125.78 |
| **2.2** YSA Investments 1 LLC <br> Creditor's Name <br> c/o Northwest Registered Agent Service, Inc. <br> 8 The Green <br> Suite B <br> Dover, DE 19901 <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien** <br> 204 South Riverfront Drive, Jenks, Oklahoma 74037 <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | $921,000,000.00 | $14,085,125.78 |

| Official Form 206D | Schedule D: Creditors Who Have Claims Secured by Property | page 1 of 2 |
|---|---|---|

Debtor   Jenk's Best Living, LLC
Name                                            Case number (if known) _____

☐ No
☒ Yes. Specify each creditor,          ☒ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                               ☒ Disputed
Specified on line 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $938,539,310 .59 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| John M. "Jake" Krattiger, Esq.<br>Gable Gotwals<br>499 W. Sheridan Avenue<br>Suite 2200<br>Oklahoma City, OK 73102 | Line  2.2 | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Jenk's Best Living, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** | Priority creditor's name and mailing address<br>Tulsa County Treasurer<br>218 W 6th St<br>8th Floor<br>Tulsa, OK 74119<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $7,227.00 | $7,227.00 |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Accent Restoration, LLC<br>c/o Stephen Vaughan<br>3168 S 108th E Ave<br>Suite 350<br>Tulsa, OK 74146<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   Vendor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $690.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Jenk's Best Living, LLC                          Case number (if known) _____
          Name

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|-----|---|---|---|

**3.2** Nonpriority creditor's name and mailing address
AKA Cleaning, LLC
12207 E 27th Pl
Tulsa, OK 74129

As of the petition filing date, the claim is: *Check all that apply.*                $6,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
American Waste Control, Inc.
c/o Kenneth F. Burkett
1420 W 35th St
Tulsa, OK 74107

As of the petition filing date, the claim is: *Check all that apply.*                $63.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Answer Advantage
131 N Glendale St
Wichita, KS 67208

As of the petition filing date, the claim is: *Check all that apply.*                $440.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Apartment List, Inc.
c/o Document Retrieval Service, Inc.
2808 N. Windson Pl
Oklahoma City, OK 73127

As of the petition filing date, the claim is: *Check all that apply.*                $4,428.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Audio Video Connections, LLC
c/o Ronald F. Straley, Jr.
1615 W. Vickburg Pl
Broken Arrow, OK 74011

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/29/24
**Last 4 digits of account number** 5651

**Basis for the claim:** Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Birdeye, Inc.
2479 E. Bayshore Road
Suite 188
Palo Alto, CA 94303

As of the petition filing date, the claim is: *Check all that apply.*                $1,165.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Boomerang Printing
c/o Thomas Wilson
1119 N. Maple Ave
Sand Springs, OK 74063

As of the petition filing date, the claim is: *Check all that apply.*                $34.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/25/25
**Last 4 digits of account number** 0533

**Basis for the claim:** Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   Jenk's Best Living, LLC
         Name

Case number (if known)   _____

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,299.00 |
|---|---|---|---|

Conservice, LLC
c/o National Registered Agents, Inc.
1833 S. Morgan Rd
Oklahoma City, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,011.61 |
|---|---|---|---|

Costar - Apartments.com
1201 Wilson Blvd
22209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,933.59 |
|---|---|---|---|

Cox Business
c/o Corporation Service Company
10300 Greenbriar Pl
Oklahoma City, OK 73159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,460.00 |
|---|---|---|---|

Empire Protection Services
14083 SH 51
Coweta, OK 74429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.84 |
|---|---|---|---|

Great American Business Products
c/o Allan Skogsberg
7236 W. Reno
Oklahoma City, OK 73127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.00 |
|---|---|---|---|

Hy.Ly
43745 Welty Ct
Ashburn, VA 20147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.00 |
|---|---|---|---|

J&J Cleaning
6100 MacArthur Park Ln
#1701
Oklahoma City, OK 73127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/22/24

**Basis for the claim:** _

**Last 4 digits of account number** 63

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  <u>Jenk's Best Living, LLC</u>
Name

Case number (if known)  <u>_____</u>

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>JE Systems, Inc.<br>1507b OK-112<br>Pocola, OK 74902 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $392.32 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Jenks Chamber of Commerce<br>161 S Riverfront Dr<br>Ste 112<br>Jenks, OK 74037 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Johnstone Supply of Tulsa, Inc.<br>9955 E 55th Pl<br>74146 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $274.93 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Jukeboxy<br>68 Jay St<br>11201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.95 |
| | **Date(s) debt was incurred** <u>07/31/24</u> | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** <u>0818</u> | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Kahn Berman Solomon Taibel & Mogol, P.A.<br>307 International Cir<br>#620<br>Cockeysville, MD 21030 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,800.00 |
| | **Date(s) debt was incurred** <u>12/13/25</u> | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** <u>2172</u> | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>KBE Cleaning<br>c/o Keith Bruner<br>7704 Maehs Cir.<br>Oklahoma City, OK 73162 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,194.99 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Kings III of America<br>c/o Incorp Services, Inc.<br>324 North Robinson Avenue<br>Suite 100<br>Oklahoma City, OK 73102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $839.50 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Jenk's Best Living, LLC
      Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address**<br>Locke Supply Co.<br>c/o John Orman<br>8811 South Bryant Avenue<br>Oklahoma City, OK 73149 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82.62 |
| | **Date(s) debt was incurred** 01/23/23 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 8400 | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address**<br>Lowe's Pro MSH<br>c/o Corporation Service Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,806.76 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address**<br>Mood Media<br>c/o Corporation Service Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101.41 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address**<br>Patriot Security System, Inc.<br>c/o Charles A. Gibbs III<br>427 S Boston<br>Suite 1702<br>Tulsa, OK 74103 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $360.00 |
| | **Date(s) debt was incurred** 11/26/25 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 6263 | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address**<br>Peloton Interactive, Inc.<br>441 Ninth Ave<br>6th Floor<br>New York, NY 10001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,056.00 |
| | **Date(s) debt was incurred** 01/16/25 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 2761 | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address**<br>Public Service Company of Oklahoma<br>212 E 6th Street<br>Tulsa, OK 74119 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,486.42 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address**<br>Rasa Floors<br>c/o C T Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,062.21 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Jenk's Best Living, LLC                                    Case number (if known) _____
         Name

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,018.45 |
|---|---|---|---|

Rent Dynamics
91 E 700 S
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,083.57 |
|---|---|---|---|

Rent Group, LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $510.00 |
|---|---|---|---|

ResMan, LLC
c/o C T Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,220.00 |
|---|---|---|---|

Saldierna Remodeling
225 S Montclair Ave
Tulsa, OK 74104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,558.00 |
|---|---|---|---|

Sherwin Williams Company
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,100.00 |
|---|---|---|---|

Tulsa Wildlife and Pest

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $205.90 |
|---|---|---|---|

Umzuzu
6750 W 75th St
#3b
Overland Park, KS 66204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/05/25

**Basis for the claim:** _

**Last 4 digits of account number** 3537

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,580.00 |
|---|---|---|---|

Vesta Landscaping Services, LLC
6911 S 66th Ave
Tulsa, OK 74133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **Jenk's Best Living, LLC**
_____   Case number (if known) _____
Name

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,275.00 |
|---|---|---|---|

Vesta Realty
1422 E 71st St
Tulsa, OK 74136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,759.00 |
|---|---|---|---|

Western State Fire Protection
c/o C T Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,528.00 |
|---|---|---|---|

Western Valet Maintenance, LLC
1909 S Nyssa Ave W
Broken Arrow, OK 74012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.06 |
|---|---|---|---|

What's Happening Promotions
7020 NW 11th Pl
Gainesville, FL 32605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $156.85 |
|---|---|---|---|

Windstar Marketing
16313 Del Mar Dr
Edmond, OK 73013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,552.00 |
|---|---|---|---|

Zillow Rentals
1301 Second Avenue
Floor 36
Seattle, WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 7,227.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 156,259.68 |

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 7 of 8

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor      Jenk's Best Living, LLC
            Name

Case number (if known)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.      $                    163,486.68

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Jenk's Best Living, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Mark Kulick | c/o Benjamin H. Brodsky<br>Brodsky Fotui-Wojtowicz<br>44 W. Flagler St, Suite 2200<br>Miami, FL 33130 | YSA Investments 1 LLC | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re   Jenk's Best Living, LLC

                    Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jenk's Best Living Investors, LLC<br>6400 W. 110th St<br>Suite 201<br>Leawood, KS 66211 | Member | | 50% |
| Pratt Street Capital, LLC<br>15 Walker Ave.<br>Pikesville, MD 21208 | Member | | 0% (20% Promote) |
| PSC Thrive, LLC<br>15 Walker Ave<br>Pikesville, MD 21208 | Member | | 50% |
| Vesta Capital, LLC<br>6400 W. 110th St.<br>Suite 201<br>Leawood, KS 66211 | Member | | 0% (80% Promote) |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 19, 2026

Signature   /s/ Zvi Guttman

                    Zvi Guttman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    Jenk's Best Living, LLC
_____
                                    Debtor(s)

Case No. _____

Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    July 19, 2026
_____

/s/  Zvi Guttman
_____
  Zvi Guttman/Chief Restructuring Officer
Signer/Title

Accent Restoration, LLC
c/o Stephen Vaughan
3168 S 108th E Ave Suite 350
Tulsa, OK 74146


AKA Cleaning, LLC
12207 E 27th Pl
Tulsa, OK 74129


American Waste Control, Inc.
c/o Kenneth F. Burkett
1420 W 35th St
Tulsa, OK 74107


Answer Advantage
131 N Glendale St
Wichita, KS 67208


Apartment List, Inc.
c/o Document Retrieval Service, Inc.
2808 N. Windson Pl
Oklahoma City, OK 73127


Audio Video Connections, LLC
c/o Ronald F. Straley, Jr.
1615 W. Vickburg Pl
Broken Arrow, OK 74011


Berkadia Commercial Mortgage LLC
323 Norristown Road
Suite 300
Ambler, PA 19002


Birdeye, Inc.
2479 E. Bayshore Road
Suite 188
Palo Alto, CA 94303


Boomerang Printing
c/o Thomas Wilson
1119 N. Maple Ave
Sand Springs, OK 74063

Conservice, LLC
c/o National Registered Agents, Inc.
1833 S. Morgan Rd
Oklahoma City, OK 73128


Costar - Apartments.com
1201 Wilson Blvd
22209


Cox Business
c/o Corporation Service Company
10300 Greenbriar Pl
Oklahoma City, OK 73159


Empire Protection Services
14083 SH 51
Coweta, OK 74429


Great American Business Products
c/o Allan Skogsberg
7236 W. Reno
Oklahoma City, OK 73127


Hy.Ly
43745 Welty Ct
Ashburn, VA 20147


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J&J Cleaning
6100 MacArthur Park Ln
1701
Oklahoma City, OK 73127


JE Systems, Inc.
1507b OK-112
Pocola, OK 74902

Jenks Chamber of Commerce
161 S Riverfront Dr
Ste 112
Jenks, OK 74037


John M. "Jake" Krattiger, Esq.
Gable Gotwals
499 W. Sheridan Avenue Suite 2200
Oklahoma City, OK 73102


Johnstone Supply of Tulsa, Inc.
9955 E 55th Pl
74146


Jukeboxy
68 Jay St
11201


Kahn Berman Solomon Taibel & Mogol, P.A.
307 International Cir
620
Cockeysville, MD 21030


KBE Cleaning
c/o Keith Bruner
7704 Maehs Cir.
Oklahoma City, OK 73162


Kings III of America
c/o Incorp Services, Inc.
324 North Robinson Avenue Suite 100
Oklahoma City, OK 73102


Locke Supply Co.
c/o John Orman
8811 South Bryant Avenue
Oklahoma City, OK 73149


Lowe's Pro MSH
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

Mark Kulick
c/o Benjamin H. Brodsky
Brodsky Fotui-Wojtowicz 44 W. Flagler St
Miami, FL 33130


Mood Media
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159


Patriot Security System, Inc.
c/o Charles A. Gibbs III
427 S Boston Suite 1702
Tulsa, OK 74103


Peloton Interactive, Inc.
441 Ninth Ave
6th Floor
New York, NY 10001


Public Service Company of Oklahoma
212 E 6th Street
Tulsa, OK 74119


Rasa Floors
c/o C T Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128


Rent Dynamics
91 E 700 S
Logan, UT 84321


Rent Group, LLC


ResMan, LLC
c/o C T Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128

Saldierna Remodeling
225 S Montclair Ave
Tulsa, OK 74104


Sherwin Williams Company
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159


Tulsa County Treasurer
218 W 6th St
8th Floor
Tulsa, OK 74119


Tulsa Wildlife and Pest


Umzuzu
6750 W 75th St
3b
Overland Park, KS 66204


Vesta Landscaping Services, LLC
6911 S 66th Ave
Tulsa, OK 74133


Vesta Realty
1422 E 71st St
Tulsa, OK 74136


Western State Fire Protection
c/o C T Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128


Western Valet Maintenance, LLC
1909 S Nyssa Ave W
Broken Arrow, OK 74012

```
What's Happening Promotions
7020 NW 11th Pl
Gainesville, FL 32605


Windstar Marketing
16313 Del Mar Dr
Edmond, OK 73013


YSA Investments 1 LLC
c/o Northwest Registered Agent Service,
8 The Green Suite B
Dover, DE 19901


Zillow Rentals
1301 Second Avenue
Floor 36
Seattle, WA 98101
```

# United States Bankruptcy Court
## District of Maryland

In re    Jenk's Best Living, LLC                 Case No. _____

                             Debtor(s)          Chapter     11 _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Jenk's Best Living, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Jenk's Best Living Investors, LLC
6400 W. 110th St
Suite 201
Leawood, KS 66211

PSC Thrive, LLC
15 Walker Ave
Pikesville, MD 21208

☐ None [*Check if applicable*]

| | |
|---|---|
| July 19, 2026 | /s/ Maurice Verstandig |
| Date | Maurice Verstandig 18071 |
| | Signature of Attorney or Litigant |
| | Counsel for   Jenk's Best Living, LLC |
| | The VerStandig Law Firm, LLC |
| | 9812 Falls Road |
| | #114-160 |
| | Potomac, Maryland 20854 |
| |   Fax: |
| | mac@mbvesq.com |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy