B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Maryland

In re    Jenk's Best Living, LLC      Case No. _____
<br>                                                        Debtor(s)    Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

  ☐ **FLAT FEE**

    For legal services, I have agreed to accept .....................................................   $ _____

    Prior to the filing of this statement I have received ........................................   $ _____

    Balance Due ................................................................................................   $ _____

  ☒ **RETAINER**

    For legal services, I have agreed to accept and received a retainer of...........................   $        35,000.00

    The undersigned shall bill against the retainer at an hourly rate of................................   $        600.00
<br>    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☐ Debtor      ☒ Other (specify):     PSC Thrive, LLC

3. The source of compensation to be paid to me is:

    ☐ Debtor      ☒ Other (specify):     Debtor and/or PSC Thrive, LLC (parent company of debtor)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
<br>    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
<br>    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
<br>    d. [List other services that counsel has agreed to provide]
<br>        All aspects of representation in connection with chapter 11 case, including adversary proceedings and any appeals

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
<br>        Representation in any matter external to the chapter 11 case

In re      Jenk's Best Living, LLC _____          Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

<table>
<tr><td>July 19, 2026<br><i>Date</i></td><td>/s/ Maurice Verstandig<br>Maurice Verstandig 18071<br><i>Signature of Attorney</i><br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, Maryland 20854<br> Fax:<br>mac@mbvesq.com<br><i>Name of law firm</i></td></tr>
</table>