IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO**
**EXPEDITE AND HOLD FIRST DAY HEARINGS**

Upon consideration of the motion to expedite and hold first day hearings (the "Motion")

filed by the debtors herein (the "Debtors"), any objections thereto, the record herein, and governing

law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that a first day hearing on the Debtors' motions (i) for joint administration;

(ii) for leave to use cash collateral and to borrow monies on an unsecured basis; and (iii) to redact

1

consumer information (collectively, the "First Day Motions") shall be held at the time specified in the upper-left hand corner of the first page of this order; and it is further

ORDERED, that any opposition to any or all of the First Day Motions shall be filed not later than 9:00 am, prevailing eastern time, on the day of the hearing thereupon; and it is further

ORDERED, that the Debtors shall take reasonable care to disseminate this order to parties in interest, including via e-mail to any attorneys known to represent one or more parties in interest.

Copies: All Counsel of Record