# United States Bankruptcy Court
## District of Maryland

In re    Jenk's Best Living, LLC                                Case No. _____

                           Debtor(s)          Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Jenk's Best Living, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Jenk's Best Living Investors, LLC
6400 W. 110th St
Suite 201
Leawood, KS 66211

PSC Thrive, LLC
15 Walker Ave
Pikesville, MD 21208

☐ None [*Check if applicable*]

July 19, 2026                               /s/ Maurice Verstandig

Date                                        Maurice Verstandig 18071

Signature of Attorney or Litigant
Counsel for    Jenk's Best Living, LLC

The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
 Fax:
mac@mbvesq.com