Entered: July 20th, 2026
Signed: July 20th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO**
**EXPEDITE AND HOLD FIRST DAY HEARINGS**

Upon consideration of the motion to expedite and hold first day hearings (the "Motion")

filed by the debtors herein (the "Debtors"), any objections thereto, the record herein, and governing

law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, GRANTED; and it is further

1

**ORDERED**, that the Court will hold an evidentiary hearing on the Debtors' motions (i) for joint administration;(ii) for leave to use cash collateral and to borrow monies on an unsecured basis; and (iii) to redact consumer information (collectively, the "First Day Motions"), on **July 22, 2026, at 3:00 p.m., ET**, **by a hybrid hearing format offering in-person in Courtroom 9-C, Baltimore, and videoconference participation**;[1]

**ORDERED**, that any opposition to any or all of the First Day Motions shall be filed no later than 10:00 a.m., prevailing eastern time, on the day of the hearing thereupon; and it is further

**ORDERED**, that the Court will issue protocols to govern the July 22, 2026, hearing by separate entry on the docket; and it is further

**ORDERED**, that the Debtors shall take reasonable care to disseminate this order to parties in interest, including via e-mail to any attorneys known to represent one or more parties in interest.

cc:     All Counsel and Parties of Record
        U.S. Trustee

**END OF ORDER**

---

[1] Any witness must be identified on the party's witness list and appear in person at the hearing, unless a motion is filed and granted justifying the witnesses' remote appearance under the very stringent standards of Federal Rule of Civil Procedure 43 and Federal Rule of Bankruptcy Procedure 9017.