IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | *Joint Administration Motion Pending* |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DEBTORS' EXHIBIT LIST

Come now PSC Thrive, LLC and Jenk's Best Living, LLC, by and through undersigned proposed counsel, pursuant to this Honorable Court's evidentiary protocol, ECF No. 14, and offer the following exhibit list for the first day hearing scheduled for July 22, 2026, with an exhibit list for the related adversary proceeding to be filed separately in that matter:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| M01 | Cash Collateral Budget | | | |
| M02 | DIP Term Sheet | | | |
| M03 | Mortgage | | | |
| M04 | 7000% Promissory Note | | | |

*[Signature on Following Page*

1

Respectfully submitted,

Dated: July 21, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2