**Cash Collateral Budget**
Jenk's Best Living, LLC
Accrual Basis
July 2026 - November 2026



| Account | Account Name | Jul 2026 | Aug 2026 | Sep 2026 | Oct 2026 | Nov 2026 |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| **Net Rental Income** | | | | | | |
| **Gross Potential Rent** | | | | | | |
| 4100-0000 | Gross Market Rent | 208,145.00 | 208,145.00 | 208,145.00 | 208,145.00 | 208,145.00 |
| 4120-0000 | (Loss) / Gain to Lease | (2,171.74) | (1,778.23) | (1,820.10) | (1,138.20) | (358.77) |
| | **Gross Potential Rent** | **205,973.26** | **206,366.77** | **206,324.90** | **207,006.80** | **207,786.23** |
| | | | | | | |
| **Economic Variances** | | | | | | |
| 4220-0000 | Vacancy Loss | (14,488.55) | (21,466.31) | (26,986.85) | (21,437.55) | (20,412.37) |
| 4250-0000 | Concession - Misc. | (100.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4262-0000 | Preferred Employer Discount | (1,289.82) | (1,132.67) | (1,417.83) | (1,271.88) | (1,365.55) |
| 4280-0000 | Resident Or Leasing Referral | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Economic Variances** | **(15,878.37)** | **(22,598.98)** | **(28,404.68)** | **(22,709.43)** | **(21,777.92)** |
| | | | | | | |
| | **Net Rental Income** | **190,094.89** | **183,767.79** | **177,920.22** | **184,297.37** | **186,008.31** |
| | | | | | | |
| **Other Income** | | | | | | |
| 4315-0000 | Electric Recovery | 280.03 | 369.99 | 4.67 | 440.16 | 274.64 |
| 4323-0000 | Trash Recovery | 2,211.87 | 2,547.46 | 2,252.66 | 2,303.76 | 2,245.94 |
| 4325-0000 | Pest Control Fees | 791.52 | 879.66 | 899.32 | 896.84 | 968.96 |
| 4330-0000 | Trash Service Fee | 152.00 | 154.00 | 151.00 | 149.00 | 148.00 |
| 4335-0000 | Valet Trash Service | 2,316.29 | 2,220.97 | 2,139.00 | 2,221.55 | 2,134.50 |
| 4340-0000 | Water & Sewer Recovery | 9,688.77 | 9,309.39 | 8,262.51 | 8,377.75 | 8,666.75 |
| 4345-0000 | Vacant Service Fee | 150.00 | 200.00 | 50.00 | 200.00 | 100.00 |
| 4405-0000 | Administration Fees | 500.00 | 800.00 | 400.00 | 400.00 | 500.00 |
| 4410-0000 | Application Fees | 525.00 | 825.00 | 375.00 | 350.00 | 425.00 |
| 4417-0000 | Deposit Alternative | 4,564.50 | 1,256.50 | 2,546.00 | 2,584.75 | 3,543.37 |
| 4420-0000 | Cleaning Charges / Fees | 344.69 | 18.97 | 756.03 | 50.00 | 0.00 |
| 4421-0000 | Forfeit Security Deposit Income | 0.00 | 0.00 | 590.00 | 0.00 | 0.00 |
| 4428-0000 | Resident Damage Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4429-0000 | Legal Recovery Fee | 0.00 | 0.00 | 394.14 | 46.86 | 0.00 |
| 4440-0000 | Late Charge Fees | 1,375.00 | 1,625.00 | 1,050.00 | 1,844.82 | 466.68 |
| 4448-0000 | Lease Termination Fees | 3,660.00 | 0.00 | 2,360.00 | 3,489.00 | 9,672.00 |
| 4450-0000 | Month to Month Fees | 550.00 | 875.81 | 1,200.00 | 1,040.00 | 900.00 |
| 4451-0000 | Utility Setup Fee | 825.00 | 300.00 | 375.00 | 750.00 | 75.00 |
| 4455-0000 | Non-refundable Pet Fees | 250.00 | 250.00 | 782.26 | 250.00 | 0.00 |
| 4457-0000 | Monthly Pet Fee | 869.17 | 834.68 | 825.00 | 822.58 | 650.00 |
| 4460-0000 | NSF Check Fees | 0.00 | 35.00 | 70.00 | 70.00 | 0.00 |
| 4469-0000 | Renters Legal Liability Waiver Fee | 1,688.00 | 1,685.81 | 1,588.50 | 1,593.00 | 1,470.50 |
| 4485-0000 | Transfer Fees | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 4487-0000 | Utility Administration Fee | 30.00 | 105.00 | 90.00 | 0.00 | 30.00 |
| 4497-0000 | Rent Reporting | 886.00 | 1,005.50 | 1,005.45 | 1,050.30 | 1,095.20 |

**Cash Collateral Budget**
Jenk's Best Living, LLC
Accrual Basis
July 2026 - November 2026



| Account | Account Name | Jul 2026 | Aug 2026 | Sep 2026 | Oct 2026 | Nov 2026 |
|---|---|---|---|---|---|---|
| 4498-0000 | Miscellaneous Income | 8.24 | 1,494.08 | 8.38 | 9.10 | 1,459.46 |
| 4520-0000 | Garage/Reserved Parking Income | 3,608.33 | 3,675.00 | 3,521.66 | 3,455.97 | 3,475.00 |
| 4535-0000 | Short Term Lease Premium | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Other Income** | **35,274.41** | **30,767.82** | **31,696.58** | **32,395.44** | **38,301.00** |
| | | | | | | |
| | **Income** | **225,369.30** | **214,535.61** | **209,616.80** | **216,692.81** | **224,309.31** |
| **Operating Expenses** | | | | | | |
| **General & Administrative** | | | | | | |
| 6106-0000 | Answering Service | 55.00 | 55.00 | 0.00 | 0.00 | 0.00 |
| 6112-0000 | Bank Charges & Fees | 609.32 | 1,415.72 | 398.02 | 71.71 | 1.02 |
| 6118-0000 | Dues & Subscriptions | 929.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6133-0000 | Licenses & Inspection Fees | 0.00 | 0.00 | 0.00 | 100.00 | 50.00 |
| 6136-0000 | Entrata | 1,954.51 | 1,903.52 | 1,977.91 | 1,809.99 | 1,831.42 |
| 6139-0000 | Internet Expenses | 412.63 | 412.46 | 412.46 | 412.46 | 412.77 |
| 6140-0000 | Cable Expense | 164.65 | 164.65 | 164.65 | 164.66 | 163.43 |
| 6157-0000 | Office Supplies & Expenses | 0.00 | 0.00 | 142.24 | 128.87 | 23.42 |
| 6170-0000 | Employee Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6173-0000 | Credit Builder | 446.75 | 548.00 | 623.50 | 657.25 | 651.30 |
| 6174-0000 | Deposit Alternative | 479.51 | 479.51 | 415.00 | 337.00 | 318.81 |
| 6175-0000 | Renter's Legal Liability Expense | 916.65 | 942.27 | 888.99 | 901.15 | 850.00 |
| 6178-0000 | Telephone | 199.85 | 199.76 | 199.76 | 275.05 | 233.46 |
| 6187-0000 | Travel - Mileage Reimbursement | 17.43 | 8.24 | 1.02 | 2.85 | 0.00 |
| 6199-0000 | Professional/Consulting Fees | 530.70 | 351.56 | 373.85 | 398.78 | 407.60 |
| 6205-0000 | Eviction Processing & Legal | 0.00 | 0.00 | 262.14 | 50.00 | 128.88 |
| | **General & Administrative** | **6,716.34** | **6,480.69** | **5,859.54** | **5,309.77** | **5,072.11** |
| | | | | | | |
| **Marketing & Leasing** | | | | | | |
| 6305-0000 | Print Materials | 0.00 | 0.00 | 544.22 | 0.00 | 0.00 |
| 6315-0000 | Domain / Website Expenses | 21.24 | 21.80 | 21.80 | 24.37 | 24.62 |
| 6320-0000 | Direct Mailers | 0.00 | 0.00 | 0.00 | 34.26 | 0.00 |
| 6350-0000 | Resident Activities | 0.00 | 0.00 | 0.00 | 15.55 | 13.81 |
| 6355-0000 | Promotional | 0.00 | 0.00 | 49.36 | 0.00 | 0.00 |
| 6360-0000 | Internet Ads | 4,181.53 | 3,904.74 | 4,189.09 | 4,101.09 | 660.00 |
| 6370-0000 | Other Advertising | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Marketing & Leasing** | **4,202.77** | **3,926.54** | **4,804.47** | **4,175.27** | **698.43** |
| | | | | | | |
| **Salaries & Payroll Related** | | | | | | |
| 6410-0000 | Salaries | 15,618.96 | 14,673.40 | 10,895.24 | 10,496.38 | 10,402.81 |
| 6450-0000 | Payroll Taxes | 1,241.70 | 1,107.12 | 817.93 | 794.79 | 817.20 |
| 6455-0000 | Group Insurance | 184.57 | 124.13 | 111.28 | 112.63 | 21.61 |
| 6465-0000 | 401K Plan Contributions | 297.28 | 303.30 | 178.14 | 170.18 | 159.25 |

**Cash Collateral Budget**
Jenk's Best Living, LLC
Accrual Basis
July 2026 - November 2026



| Account | Account Name | Jul 2026 | Aug 2026 | Sep 2026 | Oct 2026 | Nov 2026 |
|---|---|---|---|---|---|---|
| 6490-0000 | Employee Recruiting | 0.00 | 0.00 | 0.00 | 62.19 | 0.00 |
| 6499-0000 | Payroll Admin Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Salaries & Payroll Related** | **17,342.51** | **16,207.95** | **12,002.59** | **11,636.17** | **11,400.87** |
| | | | | | | |
| **Contract Services** | | | | | | |
| 6505-0000 | Contract - Fire/Alarm Monitoring | 79.04 | 79.04 | 79.04 | 79.04 | 409.04 |
| 6512-0000 | Contract - Cleaning | 540.00 | 1,710.00 | 1,140.00 | 1,140.00 | 1,140.00 |
| 6525-0000 | Annual Fire Inspection | 0.00 | 0.00 | 0.00 | 0.00 | 8,759.00 |
| 6530-0000 | Contract - Landscape Maintenance | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 |
| 6545-0000 | Contract - Security | 455.00 | 455.00 | 0.00 | 0.00 | 0.00 |
| 6555-0000 | Contract - Pest Control | 200.00 | 200.00 | 200.00 | 200.00 | 0.00 |
| | **Contract Services** | **2,574.04** | **3,744.04** | **2,719.04** | **2,719.04** | **11,608.04** |
| | | | | | | |
| **Repairs & Maintenance** | | | | | | |
| 6606-0000 | Appliance Parts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6625-0000 | Doors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6626-0000 | Garage Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6633-0000 | Gate & Fence Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6654-0000 | HVAC Parts/Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6660-0000 | Lights, Fixtures & Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6663-0000 | Locks, Keys & Access Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6669-0000 | Tools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6673-0000 | Plumbing - Vendor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6675-0000 | Plumbing Supplies | 0.00 | 0.00 | 239.46 | 0.00 | 0.00 |
| 6681-0000 | Pools | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6698-0000 | Maintenance Supplies | 108.41 | 0.00 | 92.86 | 0.00 | 156.85 |
| | **Repairs & Maintenance** | **108.41** | **0.00** | **332.32** | **0.00** | **156.85** |
| | | | | | | |
| **Make Ready Maintenance** | | | | | | |
| 6621-0000 | Flooring Repair/Cleaning - Minor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6710-0000 | Make Ready Painting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6720-0000 | Make Ready Cleaning | 1,430.00 | 350.00 | 1,110.00 | 350.00 | 1,050.00 |
| 6760-0000 | Make Ready Interior Repairs | 2,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6780-0000 | Make Ready Cleaning Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6790-0000 | Make Ready Paint Supplies | 0.00 | 55.25 | 0.00 | 0.00 | 0.00 |
| | **Make Ready Maintenance** | **3,830.00** | **405.25** | **1,110.00** | **350.00** | **1,050.00** |
| | | | | | | |
| **Utilities** | | | | | | |
| 6914-0000 | Utility Processing Fee | 886.50 | 935.00 | 843.00 | 814.50 | 908.50 |
| 6915-0000 | Electric - Common Areas | 1,646.15 | 1,852.31 | 1,625.07 | 1,329.09 | 1,192.79 |
| 6920-0000 | Electric - Vacant | 140.46 | 96.63 | 526.53 | 557.35 | 280.52 |
| 6922-0000 | Electric - Occupied | 648.24 | 624.57 | 637.71 | 356.07 | 297.93 |

**Cash Collateral Budget**
Jenk's Best Living, LLC
Accrual Basis
July 2026 - November 2026



| Account | Account Name | Jul 2026 | Aug 2026 | Sep 2026 | Oct 2026 | Nov 2026 |
|---|---|---|---|---|---|---|
| 6940-0000 | Water | 4,776.45 | 5,900.00 | 6,665.03 | 4,583.33 | 5,180.55 |
| 6945-0000 | Sewer | 2,930.76 | 4,000.00 | 4,601.78 | 2,853.26 | 3,218.12 |
| 6950-0000 | Trash Removal | 1,328.02 | 1,328.02 | 1,328.02 | 1,328.02 | 1,328.02 |
| 6955-0000 | Trash - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6960-0000 | Valet Trash | 1,680.00 | 1,680.00 | 1,680.00 | 1,680.00 | 1,680.00 |
| | **Utilities** | **14,036.58** | **16,416.53** | **17,907.14** | **13,501.62** | **14,086.43** |
| | | | | | | |
| **Interest, Insurance & Taxes** | | | | | | |
| 7120-0000 | Insurance | 12,825.43 | 12,825.43 | 12,825.43 | 12,825.43 | 12,825.43 |
| 7130-0000 | Property Taxes | 23,056.00 | 23,056.00 | 23,056.00 | 23,056.00 | 23,056.00 |
| 7140-0000 | Personal Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 7,227.00 |
| | **Interest, Insurance & Taxes** | **35,881.43** | **35,881.43** | **35,881.43** | **35,881.43** | **43,108.43** |
| | | | | | | |
| **Management Fees** | | | | | | |
| 7220-0000 | Management Fees | 7,570.87 | 7,153.27 | 7,149.03 | 7,336.50 | 7,617.38 |
| | **Management Fees** | **7,570.87** | **7,153.27** | **7,149.03** | **7,336.50** | **7,617.38** |
| | | | | | | |
| | **Operating Expenses** | **92,262.95** | **90,215.70** | **87,765.56** | **80,909.80** | **94,798.54** |
| | | | | | | |
| | **Net Operating Income** | **133,106.35** | **124,319.91** | **121,851.24** | **135,783.01** | **129,510.77** |
| | | | | | | |
| **Non-Operating Expenses** | | | | | | |
| 7142-0000 | Property Tax Consultant | 0.00 | 0.00 | 4,579.00 | 0.00 | 9,800.00 |
| 7210-0000 | Asset Management Fees | 4,326.21 | 4,087.58 | 4,085.16 | 4,192.28 | 4,352.79 |
| 7335-0000 | Bad Debt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7410-0000 | Extraordinary Expense | 8,677.55 | 3,433.34 | 8,025.90 | 5,657.80 | 8,118.10 |
| 7440-0000 | Reno Labor Expense | 2,886.08 | 2,154.73 | 1,658.06 | 1,636.40 | 1,626.16 |
| | Professional Fees | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 |
| | **Non-Operating Expenses** | **35,889.84** | **29,675.65** | **38,348.12** | **31,486.48** | **43,897.05** |
| | | | | | | |
| **Debt Service** | | | | | | |
| 7310-0000 | Interest Payment | 40,752.63 | 40,684.32 | 40,615.85 | 40,547.23 | 40,478.45 |
| 7312-0000 | MIP Insurance | 3,700.53 | 3,700.53 | 3,700.53 | 3,700.53 | 3,700.53 |
| | **Debt Service** | **44,453.16** | **44,384.85** | **44,316.38** | **44,247.76** | **44,178.98** |
| | | | | | | |
| | **Net Income** | **52,763.35** | **50,259.41** | **39,186.74** | **60,048.77** | **41,434.74** |