IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | *Joint Administration Motion Pending* |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE
EMPLOYMENT OF THE CASPER FIRM, LLC AS
<u>SPECIAL COUNSEL TO JENK'S BEST LIVING, LLC</u>**

1.  My name is Ari S. Casper, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.  I am an attorney licensed to practice before the highest courts of Maryland and the District of Columbia; as well as before the United States District Court for the District of Maryland; as well as before the United States Court of Appeal for the Fourth Circuit.

3.  I maintain an office at 400 E. Pratt Street, Suite 903, Baltimore, Maryland 21202.

4.  My law firm and I have previously represented the Debtors in connection with their dispute with various parties, relating to a putative loss of an apartment building in Jenks, Oklahoma.

5.  My law firm *is* a creditor of the Debtors' estate, being owed money for pre-petition legal work.

1

2

6.      I (i) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtors; and (ii) do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.  Further, I hold no interest adverse to the interest of the Debtors.

I, Ari S. Casper, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: July 21, 2026                 By:    /s/ Ari S. Casper_____
                                            Ari S. Casper

2