IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING APPLICATION TO APPROVE
EMPLOYMENT OF THE CASPER FIRM, LLC AS
<u>SPECIAL COUNSEL TO JENK'S BEST LIVING, LLC</u>**

Upon consideration of the Application to Approve Employment of The Casper Firm, LLC as Special Counsel to Jenk's Best Living, LLC (the "Application"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that Jenk's Best Living, LLC be, and is hereby authorized to, employ under general retainer The Casper Firm, LLC special counsel, for purposes of representing the debtor in

1

the matter of *Jenk's Best Living, LLC v. Kulick, et al.*, Case No. 26-176-MMH (Bankr. D. Md. 2026); and it is further

ORDERED, that any compensation paid to The Casper Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.

Copies: All Counsel of Record