IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | *Joint Administration Motion Pending* |
| | ) | |
| Debtor. | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please note the appearance of Christianna A. Cathcart as proposed counsel for Jenk's Best Living, LLC and PSC Thrive, LLC, the Debtors herein, and serve all pleadings, notices, and other papers upon undersigned counsel.

Respectfully Submitted,

Dated: July 22, 2026          By:     /s/ Christianna A. Cathcart
                                      Christianna A. Cathcart, Esq.
                                      Bar No. MD32178
                                      The VerStandig Law Firm, LLC
                                      9812 Falls Road, #114-160
                                      Potomac, Maryland 20854
                                      Phone: (202) 970-2770
                                      christianna@dcbankruptcy.com
                                      *Proposed Counsel for the Debtors*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.