IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | *Joint Administration Motion Pending* |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LINE ATTACHING EXHIBITS**

Come now Jenk's Best Living, LLC, by and through undersigned proposed counsel, pursuant to the colloquy held in open court of even date, and filed the following exhibits:

Exhibit 1 – Resolution of the Members of Jenk's Best Living, LLC and First Amendment to the Amended and Restated Operating Agreement of Jenk's Best Living dated September 7, 2021

Exhibit 2 – Resolution of the Members of Jenk's Best Living, LLC Authorizing PSC Thrive, LLC to Undertake Litigation to Clear Title

Exhibit 3 – Chief Restructuring Officer Agreement

Exhibit 4 – Resolution Authorizing Bankruptcy Filings

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: July 22, 2026          By:      /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig, Esq.
                                       Bar No. MD18071
                                       The VerStandig Law Firm, LLC
                                       9812 Falls Road
                                       #114-160
                                       Potomac, Maryland 20854
                                       (301) 444-4600
                                       mac@mbvesq.com
                                       *Proposed Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2