**RESOLUTION OF THE MEMBERS OF JENK'S BEST LIVING, LLC and FIRST AMENDMENT TO THE AMENDED AND RESTATED OPERATING AGREEMENT OF JENK'S BEST LIVING, LLC dated SEPTEMBER 7, 2021**

The undersigned, constituting all of the Members and the Manager of Jenk's Best Living, LLC, a Kansas limited liability company (the "Company"), acting by written consent pursuant to the Kansas Revised Limited Liability Company Act and Section 8.4 of that certain Amended and Restated Operating Agreement of the Company dated as of September 7, 2021, as amended from time to time (the "Operating Agreement"), hereby adopt the following resolutions, amend the Operating Agreement, and consent to the actions set forth below.

WHEREAS, the Operating Agreement currently identifies Vesta Realty, LLC, a Kansas limited liability company, as the "Manager" of the Company and Vesta Capital, LLC, a Kansas limited liability company or such other Person as may be designated or become the managing member of the Company pursuant to the terms of the Operating Agreement as the "Managing Member";

WHEREAS, Section 8.2 of the Operating Agreement provides that certain actions constitute "Material Actions" requiring approval of all Members, including taking any action in contravention of, or amending, modifying, or waiving, the provisions of the Operating Agreement, and Section 15.9 provides that a binding amendment to the Operating Agreement may be accomplished by an instrument in writing executed by all Members;

WHEREAS, the Members desire to amend the Operating Agreement to remove Vesta Capital, LLC as the Managing Member and appoint Member PSC Thrive, LLC as the Managing Member in its stead, subject to any required lender, HUD, or other third-party approvals;

WHEREAS, the Members desire to authorize the execution and delivery of a written amendment to the Operating Agreement reflecting such removal and appointment;

WHEREAS, the Members have determined that the amendment, removal and appointment described herein are advisable and in the best interests of the Company.

NOW, THEREFORE, BE IT RESOLVED, that the Members hereby approve the amendment of the Operating Agreement to appoint PSC Thrive, LLC as the Managing Member of the Company, with all rights, powers, duties, authority, and obligations of the Managing Member under the Operating Agreement, subject to the terms of the Operating Agreement as amended, applicable law, and any required lender, HUD, or other third-party approvals.

RESOLVED FURTHER, that that the Members hereby authorize, approve, and agree to the Operating Agreement as follows: "Effective as of July 2, 2026, PSC Thrive, LLC is hereby appointed as the Managing Member of the Company, and all references in the Operating Agreement to the "Managing Member," or Vesta Capital, LLC in its capacity as Managing Member shall be deemed to refer to PSC Thrive, LLC , except to the extent the context requires otherwise or as otherwise expressly provided in this Amendment."

RESOLVED FURTHER, that any change of the designated Property Manager shall require approval of all Members, unless required by HUD.

1

RESOLVED FURTHER, that, to the extent required under the Operating Agreement, any documents that evidence or secure the loan by Berkadia Commercial Mortgage LLC to the Company including, without limitation, any HUD Loan Documents, any regulatory agreement made in connection with said loan, or applicable law, the effectiveness of the amendment and appointment approved by these resolutions shall be conditioned upon receipt of any required prior written approval, consent, waiver, or non-objection from HUD, the Company's lender, or any other person or entity whose consent is required by the terms of the Operating Agreement or said loan, and PSC Thrive, LLC is hereby authorized to obtain any HUD approval, lender consent, or other document necessary to give effect to these resolutions and the amendment approved hereby.

RESOLVED FURTHER, that no other change to the Operating Agreement or the powers of the Managing Member is authorized at this time, and the limitations of the Managing Member to engage in Material Acts without the consent of all Members as set forth in Section 8.2 or otherwise in the Operating Agreement remain in full force and effect.

RESOLVED FURTHER, that these resolutions are intended to constitute approval by all Members of a Material Action under Section 8.2 of the Operating Agreement and approval of an amendment to the Operating Agreement under Section 15.9 of the Operating Agreement.

RESOLVED FURTHER, that these resolutions may be executed in counterparts and by electronic transmission, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of July 2, 2026.

**JENK'S BEST LIVING INVESTORS, LLC**     **PSC THRIVE, LLC**

*Marc L. Kulick*

By: Marc L. Kulick

Title: Authorized Agent

By: C.N. David Reischer, Manager

**VESTA CAPITAL, LLC**     **PRATT STREET CAPITAL, LLC**

*Marc L. Kulick*

By: Marc L. Kulick

Title: Authorized Agent

By: C.N. David Reischer, Manager

**VESTA REALTY, LLC**

*Marc L. Kulick*

By: Marc L. Kulick

Title: Authorized Agent

2