**RESOLUTION OF THE MEMBERS OF JENK'S BEST LIVING, LLC**

**Authorizing PSC Thrive, LLC to Undertake Litigation to Clear Title**

The undersigned, constituting all of the Members and the Managing Member of Jenk's Best Living, LLC, a Kansas limited liability company (the "Company"), acting by written consent pursuant to the Kansas Revised Limited Liability Company Act and Section 8.4 of that certain Amended and Restated Operating Agreement of the Company dated as of September 7, 2021, as amended from time to time (the "Operating Agreement"), hereby adopt the following resolutions and consent to the actions set forth below.

WHEREAS, the Company owns certain property located at 204 South Riverfront Drive, Jenks, Oklahoma 74037, commonly known as Thrive ("Thrive" or the "Property");

WHEREAS, the Company is organized for the object and purpose of, among other things, owning the Property and directly or indirectly facilitating the operation of the Property as a multi-family living facility for the production of a profit;

WHEREAS, in connection with those purposes the Company may engage in any lawful transaction and in any lawful activity permitted to be conducted by a limited liability company under the Kansas Act or any other Applicable Law as may be necessary, incidental, or convenient to carry out the business of the Company (as contemplated by the Operating Agreement);

WHEREAS, the Property purportedly has become encumbered by certain liens, security interests, mortgages, and a deed in lieu of foreclosure, including but not limited to the following documents recorded in the office of the Tulsa County, Oklahoma Clerk as: Doc #: 2025099639, Doc #: 2026054355, Doc #: 2026054356, and Doc #: 202605737;

WHEREAS, the purported encumbrances potentially jeopardize the Company's HUD-insured financing for the Property from Berkadia Commercial Mortgage LLC;

WHEREAS, it is in the best interests of the Company to commence litigation to clear title to the Property and to seek and to obtain a declaratory judgment voiding any liens, encumbrances, security interests, deeds, or other interests which are subordinate to the Company's HUD-insured financing and cloud the title to the Property and the transactions underlying those encumbrances;

WHEREAS, Section 8.2 of the Operating Agreement provides that certain actions constitute "Material Actions" requiring approval of all Members, including instituting or settling certain legal actions involving the Company or its assets, and engaging, terminating, or replacing counsel to prosecute or defend actions or proceedings on behalf of the Company;

WHEREAS, PSC Thrive, LLC, a Maryland limited liability company, as Managing Member of the Company ("PSC"), is familiar with the Company, the Property, and the issues affecting title to the Property; and

WHEREAS, the Members desire to authorize PSC, acting for and on behalf of the Company, to undertake and oversee litigation and any related action necessary or advisable to clear title to the Property and protect the Company's interests.

1

NOW, THEREFORE, BE IT RESOLVED, that PSC is hereby authorized, empowered, and directed, for and on behalf of the Company, to investigate, commence, prosecute, defend, intervene in, settle, compromise, dismiss, appeal, or otherwise resolve any litigation or other legal or equitable proceeding that PSC determines to be necessary, advisable, or appropriate to clear title to the Property; void the instruments identified herein, any other unauthorized lien or encumbrance, and the transactions underlying those instruments and encumbrances; preserve and protect the Company's HUD-insured financing for the Property; and protect the Company's interests.

RESOLVED FURTHER, that PSC is hereby authorized to take such actions as it determines may be necessary or advisable to conduct the litigation and actions contemplated herein, including: to engage attorneys, experts, and other professionals, to execute for and on behalf of the Company any pleadings, affidavits, declarations, settlement agreements, releases, or any other instruments or documents; to communicate or negotiate with any title insurer, lender, HUD or other governmental authority and any claimant or lienholder; and incur and approve fees and expenses, including attorneys' fees.

RESOLVED FURTHER, that these resolutions are intended to constitute approval of the actions described herein by all Members for purposes of Section 8.2 of the Operating Agreement, including, without limitation, approval of the institution or settlement of legal actions and the engagement of counsel on behalf of the Company.

RESOLVED FURTHER, that the authority granted by these resolutions shall remain in full force and effect unless and until modified or revoked by a written instrument approved by all Members.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of July 2, 2026.

**JENK'S BEST LIVING INVESTORS, LLC**     **PSC THRIVE, LLC**

*Marc L. Kulick*

By: Marc L. Kulick                                By: C.N. David Reischer
Title: Authorized Signer                          Title: Manager
**VESTA CAPITAL, LLC**                            **PRATT STREET CAPITAL, LLC**

*Marc L. Kulick*

By: Marc L. Kulic                                 By: C.N. David Reischer
Title: Asset Manager                              Title: Manager

**VESTA REALTY, LLC**


By:
Title:

2