### RESOLUTION AUTHORIZING BANKRUPTCY FILINGS

The undersigned, being the authorized agent of the Companies (as defined below), does hereby resolve as follows:

WHEREAS, it appears one of the Companies is alleged to have lost—or stands on the brink of losing—its sole notable asset, in the form of an apartment building in Oklahoma; and

WHEREAS, there exist bona fide concerns that the putative loss of this asset is not attributable to the actions or inactions of the Companies but, rather, to rogue, *ultra vires* conduct; and

WHEREAS, it is believed the Companies will be economically healthy and able to both service their debts and serve the communities in which they operate, if permitted to reorganize;

WHEREAS, it is believed reorganization would permit the Companies to be relieved of any alleged loss of the aforesaid asset;

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      This resolution shall apply to the following entities, each of which shall constitute a "Company" and all of which are cumulatively referred to herein as the "Companies:" (i) PSC Thrive, LLC; and (ii) Jenk's Best Living, LLC.

2.      Pursuant to section 4A-403(d)(i) of the Maryland Corporations and Associations Code; sections 17-7693 and 17-7698 of the Kansas Statutes; and the Resolution of the Members of Jenk's Best Living, LLC Authorizing PSC Thrive, LLC to Undertake Litigation to Clear Title, each of the Companies are hereby authorized to file—but not required to file—a voluntary petition for relief pursuant to section 301 of title 11 of the United States Code;

3.      Zvi Guttman, the chief restructuring officer of each of the companies (the "CRO"), is hereby authorized to take any and all actions requisite to cause any combination of the Companies to file a voluntary petition for bankruptcy relief, including the retention of The VerStandig Law Firm, LLC as general reorganization counsel; and

4.      Any such actions heretofore taken by the CRO (or the Companies through the agency of any person(s) other than the CRO) are hereby approved and ratified; and

5.      The CRO shall serve as the representative of each Company in connection with any bankruptcy case that may be filed; and

6.      The CRO shall exercise his sole and absolute discretion in connection with any ensuing bankruptcy case(s), working with general reorganization counsel, and shall require no further authorization to perform the tasks attendant to a bankruptcy case including, but not limited to, the filing of a petition for relief, schedules, a statement of financial affairs, various motions, a plan of reorganization, and a disclosure statement.

*[Signature on Following Page]*

1

Signed, this 19th day of July, 2026

PSC THRIVE, LLC

Signed by:

*Zvi Guttman* _____ [SEAL]
2CFDDF4597A34A5...
By: Zvi Guttman
Its: Chief Restructuring Officer


JENK'S BEST LIVING, LLC

Signed by:

*Zvi Guttman* _____ [SEAL]
2CFDDF4597A34A5...
By: Zvi Guttman
Its: Chief Restructuring Officer

2