United States Bankruptcy Court

District of Maryland

In re:                                                                          Case No. 26-17758-MMH

Jenk's Best Living, LLC                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                    Page 1 of 2

Date Rcvd: Jul 20, 2026                       Form ID: pdfparty                              Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID              Recipient Name and Address**
db              + Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | | |
| | | Jul 20 2026 19:24:00 | Office of the U.S. Trustee, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name**                                    **Email Address**

Hugh M. (UST) Bernstein
                                            hugh.m.bernstein@usdoj.gov

Maurice Belmont VerStandig
                                            mac@mbvesq.com
                                            lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                                            ndiglaw@recap.email

US Trustee - Baltimore
                                            USTPRegion04.BA.ECF@USDOJ.GOV

District/off: 0416-1                    User: admin                              Page 2 of 2
Date Rcvd: Jul 20, 2026                 Form ID: pdfparty                        Total Noticed: 2
TOTAL: 3

Entered: July 20th, 2026
Signed: July 20th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO**
**EXPEDITE AND HOLD FIRST DAY HEARINGS**

Upon consideration of the motion to expedite and hold first day hearings (the "Motion")

filed by the debtors herein (the "Debtors"), any objections thereto, the record herein, and governing

law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, GRANTED; and it is further

1

**ORDERED**, that the Court will hold an evidentiary hearing on the Debtors' motions (i) for joint administration;(ii) for leave to use cash collateral and to borrow monies on an unsecured basis; and (iii) to redact consumer information (collectively, the "First Day Motions"), on **July 22, 2026, at 3:00 p.m., ET**, **by a hybrid hearing format offering in-person in Courtroom 9-C, Baltimore, and videoconference participation**;[1]

**ORDERED**, that any opposition to any or all of the First Day Motions shall be filed no later than 10:00 a.m., prevailing eastern time, on the day of the hearing thereupon; and it is further

**ORDERED**, that the Court will issue protocols to govern the July 22, 2026, hearing by separate entry on the docket; and it is further

**ORDERED**, that the Debtors shall take reasonable care to disseminate this order to parties in interest, including via e-mail to any attorneys known to represent one or more parties in interest.

cc:     All Counsel and Parties of Record
        U.S. Trustee

**END OF ORDER**

---

[1] Any witness must be identified on the party's witness list and appear in person at the hearing, unless a motion is filed and granted justifying the witnesses' remote appearance under the very stringent standards of Federal Rule of Civil Procedure 43 and Federal Rule of Bankruptcy Procedure 9017.

2