Entered: July 23rd, 2026
Signed: July 23rd, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO FILE REDACTED SCHEDULE**
**OF UNEXPIRED LEASES AND TO LIMIT NOTICE TO CONSUMERS**

Upon consideration of the motion to file a redacted schedule of unexpired leases and to

limit notice to consumers (the "Motion") filed by Jenk's Best Living, LLC (the "Debtor"), the

record herein, applicable law, and based on the record created at a hearing thereupon, it is, by the

United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is permitted to file Schedule G without therein specifically identifying the names of consumer tenants, either by (i) listing leases in bulk or summary form; or (ii) redacting the names of consumer counterparties; and it is further

ORDERED, that the Debtor shall nonetheless maintain a detailed rent roll, inclusive of all tenant names, to be made available for distribution in accord with one or more future orders of this Honorable Court.

Copies: all counsel of record