United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 26-17758-MMH |
| Jenk's Best Living, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2026 | Form ID: pdfall | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748 |
| 33325422 | + | AKA Cleaning, LLC, 12207 E 27th Pl, Tulsa, OK 74129-8229 |
| 33325421 | + | Accent Restoration, LLC, c/o Stephen Vaughan, 3168 S 108th E Ave Suite 350, Tulsa, OK 74146-1622 |
| 33325424 | + | Answer Advantage, 131 N Glendale St, Wichita, KS 67208-4022 |
| 33325425 | + | Apartment List, Inc., c/o Document Retrieval Service, Inc., 2808 N. Windson Pl, Oklahoma City, OK 73127-1925 |
| 33325426 | + | Audio Video Connections, LLC, c/o Ronald F. Straley, Jr., 1615 W. Vickburg Pl, Broken Arrow, OK 74011-3979 |
| 33325427 | + | Berkadia Commercial Mortgage LLC, 323 Norristown Road, Suite 300, Ambler, PA 19002-2758 |
| 33325428 | + | Birdeye, Inc., 2479 E. Bayshore Road, Suite 188, Palo Alto, CA 94303-3245 |
| 33325429 | + | Boomerang Printing, c/o Thomas Wilson, 1119 N. Maple Ave, Sand Springs, OK 74063-8116 |
| 33325430 | + | Conservice, LLC, c/o National Registered Agents, Inc., 1833 S. Morgan Rd, Oklahoma City, OK 73128-7004 |
| 33325431 | + | Costar - Apartments.com, 1201 Wilson Blvd 22209-2300 |
| 33325432 | + | Cox Business, c/o Corporation Service Company, 10300 Greenbriar Pl, Oklahoma City, OK 73159-7653 |
| 33325433 | + | Empire Protection Services, 14083 SH 51, Coweta, OK 74429-7100 |
| 33325434 | | Great American Business Products, c/o Allan Skogsberg, 7236 W. Reno, Oklahoma City, OK 73127 |
| 33325435 | + | Hy.Ly, 43745 Welty Ct, Ashburn, VA 20147-5850 |
| 33325437 | + | J&J Cleaning, 6100 MacArthur Park Ln, 1701, Oklahoma City, OK 73127-1506 |
| 33325438 | | JE Systems, Inc., 1507b OK-112, Pocola, OK 74902 |
| 33325439 | + | Jenks Chamber of Commerce, 161 S Riverfront Dr, Ste 112, Jenks, OK 74037-5659 |
| 33325440 | + | John M. 'Jake' Krattiger, Esq., Gable Gotwals, 499 W. Sheridan Avenue Suite 2200, Oklahoma City, OK 73102-5045 |
| 33325441 | + | Johnstone Supply of Tulsa, Inc., 9955 E 55th Pl 74146-6404 |
| 33325442 | + | Jukeboxy, 68 Jay St 11201-1189 |
| 33325444 | + | KBE Cleaning, c/o Keith Bruner, 7704 Maehs Cir., Oklahoma City, OK 73162-4338 |
| 33325443 | + | Kahn Berman Solomon Taibel & Mogol, P.A., 307 International Cir, 620, Cockeysville, MD 21030-1487 |
| 33325445 | + | Kings III of America, c/o Incorp Services, Inc., 324 North Robinson Avenue Suite 100, Oklahoma City, OK 73102-6417 |
| 33325446 | + | Locke Supply Co., c/o John Orman, 8811 South Bryant Avenue, Oklahoma City, OK 73149-7609 |
| 33325447 | + | Lowe's Pro MSH, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325448 | + | Mark Kulick, c/o Benjamin H. Brodsky, Brodsky Fotui-Wojtowicz 44 W. Flagler St, Miami, FL 33130-1808 |
| 33325449 | + | Mood Media, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325450 | + | Patriot Security System, Inc., c/o Charles A. Gibbs III, 427 S Boston Suite 1702, Tulsa, OK 74103-4141 |
| 33325452 | + | Public Service Company of Oklahoma, 212 E 6th Street, Tulsa, OK 74119-1212 |
| 33325454 | + | Rent Dynamics, 91 E 700 S, Logan, UT 84321-5769 |
| 33325457 | + | Saldierna Remodeling, 225 S Montclair Ave, Tulsa, OK 74104-2127 |
| 33325458 | + | Sherwin Williams Company, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325461 | + | Umzuzu, 6750 W 75th St, 3b, Overland Park, KS 66204-3022 |
| 33325462 | | Vesta Landscaping Services, LLC, 6911 S 66th Ave, Tulsa, OK 74133 |
| 33325463 | + | Vesta Realty, 1422 E 71st St, Tulsa, OK 74136-5077 |
| 33325465 | + | Western Valet Maintenance, LLC, 1909 S Nyssa Ave W, Broken Arrow, OK 74012-9091 |
| 33325466 | + | What's Happening Promotions, 7020 NW 11th Pl, Gainesville, FL 32605-3144 |
| 33325467 | + | Windstar Marketing, 16313 Del Mar Dr, Edmond, OK 73013-2008 |
| 33325468 | + | YSA Investments 1 LLC, c/o Northwest Registered Agent Service,, 8 The Green Suite B, Dover, DE 19901-3618 |
| 33325469 | + | Zillow Rentals, 1301 Second Avenue, Floor 36, Seattle, WA 98101-3800 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 33325423 | + | Email/Text: awcbilling@awcok.com | | |

| | | Jul 21 2026 19:44:00 | American Waste Control, Inc., c/o Kenneth F. Burkett, 1420 W 35th St, Tulsa, OK 74107-3814 |
|---|---|---|---|
| 33325436 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 21 2026 19:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33325451 | Email/Text: bankruptcy-notices@onepeloton.com | Jul 21 2026 19:43:00 | Peloton Interactive, Inc., 441 Ninth Ave, 6th Floor, New York, NY 10001 |
| 33325453 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 21 2026 19:43:00 | Rasa Floors, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |
| 33325456 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 21 2026 19:43:00 | ResMan, LLC, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |
| 33325459 | + Email/Text: bankruptcy@tulsacounty.org | Jul 21 2026 19:44:00 | Tulsa County Treasurer, 218 W 6th St, 8th Floor, Tulsa, OK 74119-1004 |
| 33325464 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 21 2026 19:43:00 | Western State Fire Protection, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33325455 | | Rent Group, LLC |
| 33325460 | | Tulsa Wildlife and Pest |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2026                          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:                                                    *

Jenk's Best Living, LLC,                    *        Case No. 26-17758-MMH

                        Debtor.                    *        Chapter 11

*        *        *        *        *        *        *        *        *        *        *        *        *

### PROTOCOL AND REGISTRATION FOR VIRTUAL ATTENDANCE FOR JULY 22, 2026, HEARING

Each party in this proceeding who is participating in the virtual hearing must register by emailing the individual's name, affiliation, and the case number to the Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov. **Registration must be completed by 1:00 p.m., ET on July 22, 2026.** Each individual who registers for the virtual hearing will receive connection information prior to the start time of the hearing.

Each individual must connect to the hearing according to the instructions contained in the email received from the Courtroom Deputy.

Participants should email the Court at Hearings_MMH@mdb.uscourts.gov or call the Court at 410-962-2820 if they experience any technical issues during the hearing, including if they are disconnected or cannot enter the hearing.

***All participants are asked to place their lines on mute upon connecting and to remain on mute during the pendency of the hearing.***

*Pursuant to Local Bankruptcy Rule 5070-1(a), **no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner**. The Court will create an official recording of the Hearing.