United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 26-17758-MMH

Jenk's Best Living, LLC                                                      Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                        User: admin                                    Page 1 of 3

Date Rcvd: Jul 23, 2026                 Form ID: pdfall                             Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748 |
| 33325422 | + | AKA Cleaning, LLC, 12207 E 27th Pl, Tulsa, OK 74129-8229 |
| 33325421 | + | Accent Restoration, LLC, c/o Stephen Vaughan, 3168 S 108th E Ave Suite 350, Tulsa, OK 74146-1622 |
| 33325424 | + | Answer Advantage, 131 N Glendale St, Wichita, KS 67208-4022 |
| 33325425 | + | Apartment List, Inc., c/o Document Retrieval Service, Inc., 2808 N. Windsor Pl, Oklahoma City, OK 73127-1925 |
| 33325426 | + | Audio Video Connections, LLC, c/o Ronald F. Straley, Jr., 1615 W. Vickburg Pl, Broken Arrow, OK 74011-3979 |
| 33325427 | + | Berkadia Commercial Mortgage LLC, 323 Norristown Road, Suite 300, Ambler, PA 19002-2758 |
| 33325428 | + | Birdeye, Inc., 2479 E. Bayshore Road, Suite 188, Palo Alto, CA 94303-3245 |
| 33325429 | + | Boomerang Printing, c/o Thomas Wilson, 1119 N. Maple Ave, Sand Springs, OK 74063-8116 |
| 33325430 | + | Conservice, LLC, c/o National Registered Agents, Inc., 1833 S. Morgan Rd, Oklahoma City, OK 73128-7004 |
| 33325431 | + | Costar - Apartments.com, 1201 Wilson Blvd 22209-2300 |
| 33325432 | + | Cox Business, c/o Corporation Service Company, 10300 Greenbriar Pl, Oklahoma City, OK 73159-7653 |
| 33325433 | + | Empire Protection Services, 14083 SH 51, Coweta, OK 74429-7100 |
| 33325434 |  | Great American Business Products, c/o Allan Skogsberg, 7236 W. Reno, Oklahoma City, OK 73127 |
| 33325435 | + | Hy.Ly, 43745 Welty Ct, Ashburn, VA 20147-5850 |
| 33325437 | + | J&J Cleaning, 6100 MacArthur Park Ln, 1701, Oklahoma City, OK 73127-1506 |
| 33325438 |  | JE Systems, Inc., 1507b OK-112, Pocola, OK 74902 |
| 33325439 | + | Jenks Chamber of Commerce, 161 S Riverfront Dr, Ste 112, Jenks, OK 74037-5659 |
| 33325440 | + | John M. 'Jake' Krattiger, Esq., Gable Gotwals, 499 W. Sheridan Avenue Suite 2200, Oklahoma City, OK 73102-5045 |
| 33325441 | + | Johnstone Supply of Tulsa, Inc., 9955 E 55th Pl 74146-6404 |
| 33325442 | + | Jukeboxy, 68 Jay St 11201-1189 |
| 33325444 | + | KBE Cleaning, c/o Keith Bruner, 7704 Maehs Cir., Oklahoma City, OK 73162-4338 |
| 33325443 | + | Kahn Berman Solomon Taibel & Mogol, P.A., 307 International Cir, 620, Cockeysville, MD 21030-1487 |
| 33325445 | + | Kings III of America, c/o Incorp Services, Inc., 324 North Robinson Avenue Suite 100, Oklahoma City, OK 73102-6417 |
| 33325446 | + | Locke Supply Co., c/o John Orman, 8811 South Bryant Avenue, Oklahoma City, OK 73149-7609 |
| 33325447 | + | Lowe's Pro MSH, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325448 | + | Mark Kulick, c/o Benjamin H. Brodsky, Brodsky Fotui-Wojtowicz 44 W. Flagler St, Miami, FL 33130-1808 |
| 33325449 | + | Mood Media, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325450 | + | Patriot Security System, Inc., c/o Charles A. Gibbs III, 427 S Boston Suite 1702, Tulsa, OK 74103-4141 |
| 33325452 | + | Public Service Company of Oklahoma, 212 E 6th Street, Tulsa, OK 74119-1212 |
| 33325454 | + | Rent Dynamics, 91 E 700 S, Logan, UT 84321-5769 |
| 33325457 | + | Saldierna Remodeling, 225 S Montclair Ave, Tulsa, OK 74104-2127 |
| 33325458 | + | Sherwin Williams Company, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325461 | + | Umzuzu, 6750 W 75th St, 3b, Overland Park, KS 66204-3022 |
| 33325462 |  | Vesta Landscaping Services, LLC, 6911 S 66th Ave, Tulsa, OK 74133 |
| 33325463 | + | Vesta Realty, 1422 E 71st St, Tulsa, OK 74136-5077 |
| 33325465 | + | Western Valet Maintenance, LLC, 1909 S Nyssa Ave W, Broken Arrow, OK 74012-9091 |
| 33325466 | + | What's Happening Promotions, 7020 NW 11th Pl, Gainesville, FL 32605-3144 |
| 33325467 | + | Windstar Marketing, 16313 Del Mar Dr, Edmond, OK 73013-2008 |
| 33325468 | + | YSA Investments 1 LLC, c/o Northwest Registered Agent Service,, 8 The Green Suite B, Dover, DE 19901-3618 |
| 33325469 | + | Zillow Rentals, 1301 Second Avenue, Floor 36, Seattle, WA 98101-3800 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 33325423 | + | Email/Text: awcbilling@awcok.com | | |

District/off: 0416-1　　　　　　　　　　User: admin　　　　　　　　　　Page 2 of 3

Date Rcvd: Jul 23, 2026　　　　　　　　Form ID: pdfall　　　　　　　　Total Noticed: 48

| | | Jul 23 2026 19:49:00 | American Waste Control, Inc., c/o Kenneth F. Burkett, 1420 W 35th St, Tulsa, OK 74107-3814 |
| 33325436 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2026 19:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33325451 | Email/Text: bankruptcy-notices@onepeloton.com | Jul 23 2026 19:49:00 | Peloton Interactive, Inc., 441 Ninth Ave, 6th Floor, New York, NY 10001 |
| 33325453 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 23 2026 19:49:00 | Rasa Floors, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |
| 33325456 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 23 2026 19:49:00 | ResMan, LLC, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |
| 33325459 | + Email/Text: bankruptcy@tulsacounty.org | Jul 23 2026 19:49:00 | Tulsa County Treasurer, 218 W 6th St, 8th Floor, Tulsa, OK 74119-1004 |
| 33325464 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 23 2026 19:49:00 | Western State Fire Protection, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33325455 | | Rent Group, LLC |
| 33325460 | | Tulsa Wildlife and Pest |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026　　　　　　　　Signature:　　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ari Scott Casper | acasper@casperfirm.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |

District/off: 0416-1                     User: admin                                    Page 3 of 3
Date Rcvd: Jul 23, 2026                  Form ID: pdfall                                Total Noticed: 48

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 6

Entered: July 23rd, 2026
Signed: July 23rd, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

Upon consideration of the motion for joint administration (the "Motion") filed by PSC Thrive, LLC and Jenk's Best Living, LLC, the record herein, applicable law, and any evidence adduced at a hearing thereupon, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the two above-captioned matters be jointly administered, with the matter of *In re Jenk's Best Living, LLC*, Case No. 26-17758-MMH (Bankr. D. Md. 2026) being designated

the "lead case" and all filings being made in that case, *except* proofs of claim shall continue to be filed by creditors in the case of the debtor(s) to whom said claims correlate; and it is further

ORDERED, that the Clerk of this Honorable Court shall post a notice, on the docket of the matter of *In re PSC Thrive, LLC*, Case No. 26-17757-MMH (Bankr. D. Md. 2026), indicating all filings are to be made in the lead case.

Copies: all counsel of record