**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11 Proceeding** |
| **Jenk's Best Living, LLC** | ) | **Case No. 26-17758-MMH** |
| **Debtor.** | ) | **Hon. Michelle M. Harner** |
| | ) | |

**NOTICE OF APPEARANCE**

This is to confirm Gregory J. Jordan's appearance as counsel for Bocaire Tulsa Lender, LLC. He was admitted *pro hac vice* by an oral motion granted at the July 22, 2026, hearing in this matter. Please enter the appearance of Gregory J. Jordan as an e-filer in this matter through the address gjordan@gz-llc.com.

Respectfully Submitted,

/s/ Gregory J. Jordan
Gregory J. Jordan
Attorney for Bocaire Tulsa Lender, LLC
Jordan & Zito LLC
350 North LaSalle Street, Suite 700
Chicago Illinois 60654
(312) 854-7181 (Office)

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the forgoing Notice of Appearance was serviced

via PACER on all parties requesting electronic notice in the above bankruptcy case.


/s/ Noah Wolf
Noah Wolf