**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**

Jenk's Best Living, LLC
_____
    **Plaintiff,**

    **v.**

Marc Kulick et al.
_____
    **Defendant.**

\*

\*    **Case No.** 26-17758-MMH
                  _____
\*

\*

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the plaintiff.
                                                          _____

    I certify that I am admitted to practice in this Court.

7/29/2026
_____
Date

/s/ ELIMELECH BARUCH
_____
Signature

Elimelech Baruch (Bar # 31855)
_____
Printed name and bar number

400 E. Pratt St., Suite 903, Baltimore, MD 21202
_____
Address

ebaruch@casperfirm.com
_____
Email address

410-989-5097
_____
Telephone number

410-630-7776
_____
Fax number