IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Jenk's Best Living, LLC | ) | Adv. Case No. 26-176-MMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marc Kulick; Vesta Realty, LLC; Vesta | ) | |
| Capital, LLC; YSA Investments 1, LLC; | ) | |
| and Bocaire Tulsa Lender, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## LINE WITHDRAWING ENTRY OF APPEARANCE

Counsel hereby withdraws the Entry of Appearance filed by Elimelech Baruch on July 29, 2026, in case number Case No. 26-17758-MMH because it was inadvertently filed under the incorrect case number. Counsel has filed the Entry of Appearance in the correct case.

Respectfully submitted,

/s/ Elimelech Baruch
Elimelech Baruch (Bar # 31855)
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202

Telephone: (410) 989-5097
Facsimile: (410) 630-7776
Email: ebaruch@casperfirm.com
*Proposed Special Counsel for Plaintiff*

Case 26-17758   Doc 30   Filed 07/29/26   Page 2 of 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2026, the foregoing was served via ECF on counsel of record.

*/s/ Elimelech Baruch*