**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
|  | ) |  |
| **Jenk's Best Living, LLC** | ) | **Case No. 26-17758-MMH** |
|  | ) |  |
| **Debtor.** | ) | **Hon. Michelle M. Harner** |
|  | ) |  |

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Thomas J. Gagliardo, Esquire, a member in good standing of the bar of this Court, moves the admission of Gregory J. Jordan, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Bocaire Tulsa Lender, LLC.

Movant and the proposed admittee certify as follows:

1.  The proposed admittee is not a member of the bar of Maryland.

2.  The proposed admittee does not maintain a law office in Maryland.

3.  The proposed admittee is a member in good standing of the bar of the following state or United States courts:

    <u>Court and Date of Admission</u>     <u>U.S. Court and Date of Admission</u>

    See Attached List

4.  During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court <u>one</u> time, i.e. Ashley Boshea, Representative of the Estate of David Boshea v. Compass Marketing, Inc., United States District Court for the District of Maryland, Case No.: 1:21-CV-00309-ELH. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[1]

5.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6.  The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7.  Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

---

[1] See Local District Court Rule 101(1)(b)(iii)

LBF-F v.2024

8.  It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9.  Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.


_____          /s/ Gregory J. Jordan_____
Thomas J. Gagliardo                         Gregory J. Jordan
Maryland U.S. District Court (Bar No. 04899) Jordan & Zito, LLC
Of Counsel                                  350 N. LaSalle Drive, Suite 700
Gilbert Employment Law, P.C.                Chicago, Illinois 60654
8403 Colesville Road, Suite 1000            (312) 854-7181
Silver Spring, Maryland 20910               gjordan@jz-llc.com
(301) 608-0880                              Proposed Admittee
tgagliardo@gelawyer.com