**Exhibit A**
**Additional Information Regarding the Application**
**for Admission Pro Hac Vice of and for Gregory J. Jordan**

**Response to Question 2.**

| State Court | Date of Admission |
|---|---|
| Indiana | October 12, 1984 |
| Illinois | January 25, 1991 |
|  |  |
| **US Court** | **Date of Admission** |
| United States Supreme Court | April 17, 2006 |
| United States Circuit Court for the Seventh Circuit | July 17, 2024 |
| United States Circuit Court for the Seventh Circuit | May 15, 1991 |
| United States District Court for the Central District of Illinois | November 2, 1994 |
| United States District Court for the Northern District of Illinois | March 19, 1991 |
| United States District Court for the Southern District of Illinois | December 27, 2005 |
| United States District Court for the Northern District of Indiana | October 12, 1984 |
| United States District Court for the Southern District of Indiana | October 12, 1984 |
| United States District Court for the Eastern District of Michigan | October 28, 2005 |
| United States District Court for the Eastern District of Wisconsin | October 31, 2005 |
| United States District Court for the Western District of Wisconsin | June 3, 2010 |