**CERTIFICATE OF SERVICE**

I certify that, on July 30, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion for Admission Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

Elimelech Baruch, Counsel for Jenk's Best Living, LLC
Christianna Annette Cathcart, Counsel for Jenk's Best Living, LLC
Maurice Belmont VerStandig, Counsel for Jenk's Best Living, LLC
Justin Fasano, Counsel for YSA Investments 1, LLC
The Office of the United States Trustee

I further certify that, on July 30, 2026, a copy of the Motion for Admission Pro Hac Vice was also mailed first class, postage prepaid, to:

| | | |
|---|---|---|
| AKA Cleaning, LLC<br>12207 E 27th Pl<br>Tulsa, OK 74129-8229 | Accent Restoration, LLC<br>c/o Stephen Vaughan<br>3168 S 108th E Ave Suite 350<br>Tulsa, OK 74146-1622 | American Waste Control, Inc.<br>c/o Kenneth F. Burkett<br>1420 W 35th St<br>Tulsa, OK 74107-3814 |
| Answer Advantage<br>131 N Glendale St<br>Wichita, KS 67208-4022 | Apartment List, Inc.<br>c/o Document Retrieval Service, Inc.<br>2808 N. Windson Pl<br>Oklahoma City, OK 73127-1925 | Audio Video Connections, LLC<br>c/o Ronald F. Straley, Jr.<br>1615 W. Vickburg Pl Suite 300<br>Broken Arrow, OK 74011-3979 |
| Berkadia Commercial Mortgage LLC<br>323 Norristown Road, Suite 300<br>Ambler, PA 19002-2758 | Birdeye, Inc.<br>2479 E. Bayshore Road, Suite 188<br>Palo Alto, CA 94303-3245 | Boomerang Printing<br>c/o Thomas Wilson<br>1119 N. Maple Ave<br>Sand Springs, OK 74063-8116 |
| Conservice, LLC<br>c/o National Registered Agents, Inc.<br>1833 S. Morgan Rd<br>Oklahoma City, OK 73128-7004 | Costar - Apartments.com<br>1201 Wilson Blvd 22209-2300 | Cox Business<br>c/o Corporation Service Company<br>10300 Greenbriar Pl<br>Oklahoma City, OK 73159-7653 |
| Empire Protection Services<br>14083 SH 51<br>Coweta, OK 74429-7100 | Great American Business Products<br>c/o Allan Skogsberg<br>7236 W. Reno<br>Oklahoma City, OK 73127 | Hy.Ly<br>43745 Welty Ct<br>Ashburn, VA 20147-5650 |
| Internal Revenue Service | J&J Cleaning | JE Systems, Inc |

| | | |
|---|---|---|
| PO Box 7346<br>Philadelphia, PA 19101-7346 | 6100 MacArthur Park Ln<br>1701<br>Oklahoma City, OK 73127 | 1507b OK-112<br>Pocola, OK 74902 |
| Jenks Chamber of Commerce<br>161 S Riverfront Dr., Ste 112<br>Jenks, OK 74037-5659 | John M. 'Jake' Krattiger, Esq.<br>Gable Gotwals<br>499 W. Sheridan Avenue<br>Suite 2200<br>Oklahoma City, OK 73102-5045 | Johnstone Supply of Tulsa,<br>Inc.<br>9955 E 55th Pl 74146-6404 |
| Jukeboxy<br>68 Jay St 11201-1189 | KBE Cleaning<br>c/o Keith Bruner<br>7704 Maehs Cir.<br>Oklahoma City, OK 73162-4338 | Kahn Berman Solomon<br>Taibel & Mogol, P.A.<br>307 International Cir, 620<br>Cockeysville, MD 21030-1487 |
| Kings III of America<br>c/o Incorp Services, Inc.<br>324 North Robinson Avenue<br>Suite 100<br>Oklahoma City, OK 73102-6417 | Locke Supply Co.<br>c/o John Orman<br>8811 South Bryant Avenue<br>Oklahoma City, OK 73149-7609 | Lowe's Pro MSH<br>c/o Corporation Service<br>Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159-7653 |
| Mark Kulick<br>c/o Benjamin H. Brodsky<br>Brodsky Fotui-Wojtowicz<br>44 W. Flagler St<br>Miami, FL 33130-1808 | Mood Media<br>c/o Corporation Service<br>Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159-7653 | Patriot Security System, Inc.<br>c/o Charles A. Gibbs III<br>427 S Boston Suite 1702<br>Tulsa, OK 74103-4141 |
| Peloton Interactive Inc.<br>441 9th Ave.<br>New York NY 10001-1663 | Public Service Company of<br>Oklahoma<br>212 E 6th Street<br>Tulsa, OK 74119-1212 | Rasa Floors<br>c/o C T Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128-7004 |
| Rent Dynamics<br>91 E 700 S<br>Logan, UT 84321-5769 | ResMan, LLC<br>c/o C T Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128-7004 | Saldierna Remodeling<br>225 S Montclair Ave<br>Tulsa, OK 74104-2127 |
| Sherwin Williams Company<br>c/o Corporation Service<br>Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159-7653 | Tulsa County Treasurer<br>218 W 6th St, 8th Floor<br>Tulsa, OK 74119-1004 | Umzuzu<br>6750 W 75th St, 3b<br>Overland Park, KS 66204-3022 |
| Vesta Landscaping Services, | Vesta Realty | Western State Fire Protection |

| | | |
|---|---|---|
| LLC<br>6911 S 66th Ave<br>Tulsa, OK 74133 | 1422 E 71st St<br>Tulsa, OK 74136-5077 | c/o C T Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128-7004 |
| Western Valet Maintenance, LLC<br>1909 S Nyssa Ave W<br>Broken Arrow, OK 74012-9091 | What's Happening Promotions<br>7020 NW 11th Pl<br>Gainesville, FL 32605-3144 | Windstar Marketing<br>16313 Del Mar Dr<br>Edmond, OK 73013-2008 |
| YSA Investments 1 LLC<br>c/o Northwest Registered Agent Service<br>8 The Green Suite B<br>Dover, DE 19901-3618 | Zillow Rentals<br>1301 Second Ave., Floor 36<br>Seattle, WA 98101-3800 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, MD 20854-3976 |

/s/ Noah Wolf
Noah Wolf