United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 26-17758-MMH

Jenk's Best Living, LLC                                                    Chapter 11

PSC Thrive, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 28, 2026                  Form ID: 309F1                          Total Noticed: 53

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748 |
| aty | + | Christianna Annette Cathcart, The Belmont Firm, 1050 Connecticut Ave NW, Ste 500, Washington, DC 20036-5304 |
| aty | + | Justin Philip Fasano, McNamee Hosea, P.A., 6404 Ivy Lane, Ste 820, Greenbelt, MD 20770-1416 |
| jadb | + | PSC Thrive, LLC, 23 Walker Avenue Ste 300, Pikesville, MD 21208-4004 |
| cr | + | YSA Investments 1, LLC, 8 The Green #23817, Dover, DE 19901-3618 |
| 33325422 | + | AKA Cleaning, LLC, 12207 E 27th Pl, Tulsa, OK 74129-8229 |
| 33325421 | + | Accent Restoration, LLC, c/o Stephen Vaughan, 3168 S 108th E Ave Suite 350, Tulsa, OK 74146-1622 |
| 33325424 | + | Answer Advantage, 131 N Glendale St, Wichita, KS 67208-4022 |
| 33325425 | + | Apartment List, Inc., c/o Document Retrieval Service, Inc., 2808 N. Windson Pl, Oklahoma City, OK 73127-1925 |
| 33325426 | + | Audio Video Connections, LLC, c/o Ronald F. Straley, Jr., 1615 W. Vickburg Pl, Broken Arrow, OK 74011-3979 |
| 33325427 | + | Berkadia Commercial Mortgage LLC, 323 Norristown Road, Suite 300, Ambler, PA 19002-2758 |
| 33325428 | + | Birdeye, Inc., 2479 E. Bayshore Road, Suite 188, Palo Alto, CA 94303-3245 |
| 33325429 | + | Boomerang Printing, c/o Thomas Wilson, 1119 N. Maple Ave, Sand Springs, OK 74063-8116 |
| 33325430 | + | Conservice, LLC, c/o National Registered Agents, Inc., 1833 S. Morgan Rd, Oklahoma City, OK 73128-7004 |
| 33325431 | + | Costar - Apartments.com, 1201 Wilson Blvd 22209-2300 |
| 33325432 | + | Cox Business, c/o Corporation Service Company, 10300 Greenbriar Pl, Oklahoma City, OK 73159-7653 |
| 33325433 | + | Empire Protection Services, 14083 SH 51, Coweta, OK 74429-7100 |
| 33325434 | | Great American Business Products, c/o Allan Skogsberg, 7236 W. Reno, Oklahoma City, OK 73127 |
| 33325435 | + | Hy.Ly, 43745 Welty Ct, Ashburn, VA 20147-5850 |
| 33325437 | + | J&J Cleaning, 6100 MacArthur Park Ln, 1701, Oklahoma City, OK 73127-1506 |
| 33325438 | | JE Systems, Inc., 1507b OK-112, Pocola, OK 74902 |
| 33325439 | + | Jenks Chamber of Commerce, 161 S Riverfront Dr, Ste 112, Jenks, OK 74037-5659 |
| 33325440 | + | John M. 'Jake' Krattiger, Esq., Gable Gotwals, 499 W. Sheridan Avenue Suite 2200, Oklahoma City, OK 73102-5045 |
| 33325441 | + | Johnstone Supply of Tulsa, Inc., 9955 E 55th Pl 74146-6404 |
| 33325442 | + | Jukeboxy, 68 Jay St 11201-1189 |
| 33325444 | + | KBE Cleaning, c/o Keith Bruner, 7704 Maehs Cir., Oklahoma City, OK 73162-4338 |
| 33325443 | + | Kahn Berman Solomon Taibel & Mogol, P.A., 307 International Cir, 620, Cockeysville, MD 21030-1487 |
| 33325445 | + | Kings III of America, c/o Incorp Services, Inc., 324 North Robinson Avenue Suite 100, Oklahoma City, OK 73102-6417 |
| 33325446 | + | Locke Supply Co., c/o John Orman, 8811 South Bryant Avenue, Oklahoma City, OK 73149-7609 |
| 33325447 | + | Lowe's Pro MSH, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325448 | + | Mark Kulick, c/o Benjamin H. Brodsky, Brodsky Fotui-Wojtowicz 44 W. Flagler St, Miami, FL 33130-1808 |
| 33325449 | + | Mood Media, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325450 | + | Patriot Security System, Inc., c/o Charles A. Gibbs III, 427 S Boston Suite 1702, Tulsa, OK 74103-4141 |
| 33325452 | + | Public Service Company of Oklahoma, 212 E 6th Street, Tulsa, OK 74119-1212 |
| 33325454 | + | Rent Dynamics, 91 E 700 S, Logan, UT 84321-5769 |
| 33325457 | + | Saldierna Remodeling, 225 S Montclair Ave, Tulsa, OK 74104-2127 |
| 33325458 | + | Sherwin Williams Company, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 33325461 | + | Umzuzu, 6750 W 75th St, 3b, Overland Park, KS 66204-3022 |
| 33325462 | | Vesta Landscaping Services, LLC, 6911 S 66th Ave, Tulsa, OK 74133 |
| 33325463 | + | Vesta Realty, 1422 E 71st St, Tulsa, OK 74136-5077 |
| 33325465 | + | Western Valet Maintenance, LLC, 1909 S Nyssa Ave W, Broken Arrow, OK 74012-9091 |
| 33325466 | + | What's Happening Promotions, 7020 NW 11th Pl, Gainesville, FL 32605-3144 |
| 33325467 | + | Windstar Marketing, 16313 Del Mar Dr, Edmond, OK 73013-2008 |
| 33325468 | + | YSA Investments 1 LLC, c/o Northwest Registered Agent Service,, 8 The Green Suite B, Dover, DE 19901-3618 |
| 33325469 | + | Zillow Rentals, 1301 Second Avenue, Floor 36, Seattle, WA 98101-3800 |

TOTAL: 45

District/off: 0416-1                    User: admin                           Page 2 of 3

Date Rcvd: Jul 28, 2026                 Form ID: 309F1                        Total Noticed: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mac@mbvesq.com | Jul 28 2026 19:22:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| 33325423 | + Email/Text: awcbilling@awcok.com | Jul 28 2026 19:24:00 | American Waste Control, Inc., c/o Kenneth F. Burkett, 1420 W 35th St, Tulsa, OK 74107-3814 |
| 33325436 | EDI: IRS.COM | Jul 28 2026 23:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33325451 | Email/Text: bankruptcy-notices@onepeloton.com | Jul 28 2026 19:23:00 | Peloton Interactive, Inc., 441 Ninth Ave, 6th Floor, New York, NY 10001 |
| 33325453 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 28 2026 19:23:00 | Rasa Floors, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |
| 33325456 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 28 2026 19:23:00 | ResMan, LLC, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |
| 33325459 | + Email/Text: bankruptcy@tulsacounty.org | Jul 28 2026 19:24:00 | Tulsa County Treasurer, 218 W 6th St, 8th Floor, Tulsa, OK 74119-1004 |
| 33325464 | + Email/Text: CTSOPReceipt@wolterskluwer.com | Jul 28 2026 19:23:00 | Western State Fire Protection, c/o C T Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128-7004 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33325455 | | Rent Group, LLC |
| 33325460 | | Tulsa Wildlife and Pest |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ari Scott Casper | acasper@casperfirm.com |

District/off: 0416-1                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 28, 2026                       Form ID: 309F1                                 Total Noticed: 53

Christianna Annette Cathcart
                                christianna@dcbankruptcy.com

Hugh M. (UST) Bernstein
                                hugh.m.bernstein@usdoj.gov

Justin Philip Fasano
                                jfasano@mhlawyers.com
                                jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
                                @notify.bestcase.com

Maurice Belmont VerStandig
                                mac@mbvesq.com
                                lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                                ndiglaw@recap.email

Thomas J Gagliardo
                                tgagliardo@gelawyer.com

US Trustee - Baltimore
                                USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Jenk's Best Living, LLC**<br>Name | EIN  **83–2976554** |
| United States Bankruptcy Court  **District of Maryland**<br>Case number:  **26–17758 MMH**     **Chapter:  11** | | Date case filed for chapter  **11   7/19/26** |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case                                 10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's full name** | Jenk's Best Living, LLC | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 6911 South 66th East Avenue Suite 100<br>Tulsa, OK 74133 | |
| **4.** | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114–160<br>Potomac, MD 20854 | Contact phone 301–444–4600<br>Email:  mac@mbvesq.com |
| **5.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone  (410) 962–2688<br><br>Date: 7/28/26 |

**For more information, see page 2 >**

Debtor   **Jenk's Best Living, LLC**  and  **PSC Thrive, LLC**                        Case number **26–17758**

| | | |
|---|---|---|
| **6.** **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 26, 2026 at 12:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Telephonic Meeting, Call 1–888–330–1716, Access Code 6624329#** **For additional meeting information go to https://go.usa.gov/xeHZg.** |

| | |
|---|---|
| **7.** **Proof of claim deadline** | **Deadline for filing proof of claim:** For all creditors (except a governmental unit):  **11/24/26** For a governmental unit:  **1/15/27** A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |

| | |
|---|---|
| **8.** **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** |

| | |
|---|---|
| **9.** **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |

| | |
|---|---|
| **11.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

| | |
|---|---|
| **12.** **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |

**CASE IS JOINTLY ADMINISTERED WITH CASE 26–17757, THIS CASE 26–17758 IS THE LEAD CASE**