United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 26-17758-MMH

Jenk's Best Living, LLC                                                                   Chapter 11

PSC Thrive, LLC

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: clerk49 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 30 2026 19:51:00 | Hugh M. (UST) Bernstein, Office of U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ari Scott Casper | acasper@casperfirm.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elimelech Baruch | ebaruch@casperfirm.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Justin Philip Fasano | |

District/off: 0416-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 30, 2026                       Form ID: clerk49                               Total Noticed: 1

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
@notify.bestcase.com

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Thomas J Gagliardo

tgagliardo@gelawyer.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

---

In re:    Case No.: **26–17758 – MMH**    Chapter: **11**

**Jenk's Best Living, LLC and**
**PSC Thrive, LLC**
Debtors

---

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of a hearing held in this case was requested and has been received by the Court. The transcript is available at the Clerk's Office for inspection for a period of ninety (90) days after it is prepared and received by the Court. During the ninety (90) day period, a copy of the transcript may be obtained from the transcriber at the rate established by the Judicial Conference.

You have fourteen (14) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court, stating your intention to review the transcript to determine whether to request redaction of sensitive private information before the transcript is made electronically available to the public, pursuant to the privacy policy of the Judicial Conference of the United States. The privacy policy is available on the U.S. Court's website, www.uscourts.gov (search "Privacy Policy for Electronic Case Files).

Examples of personal identification information which should be redacted include all but the last four digits of social security or taxpayer identification numbers, all but the last four digits of account numbers, all but the initials of minor children, and all but the year of birth.

Pursuant to Local Bankruptcy Rule 9037–1, if you intend to request redaction of the transcript:

1.    You have fourteen (14) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court, serve the Notice of Intent to Request Redaction on the transcriber, and file a certificate of service;

2.    You have twenty–one (21) days from the date of this notice to file a Request for Redaction of Transcript with the Court (which will be a private, restricted event) and send a copy to the transcriber, listing the entries by page and line where personal data appears that must be redacted;

3.    The deadline for filing the redacted version of the transcript is thirty–one (31) days from the date of the Notice of Requirement to Review Transcript;

4.    If the redacted transcript is not filed, the transcript in its current form will be made available to the public via remote electronic access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period; and

5.    If the redacted version of the transcript is filed, the redacted transcript will be made available via remote public access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period. The unredacted version of the transcript will not be available via remote electronic access or at the Clerk's office upon the docketing of the redacted transcript; it shall be maintained as a private, restricted event. An attorney who purchases the transcript during the ninety (90) day restricted period will be given remote electronic access to the transcript and any redacted version filed.

Dated: 7/30/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shanita Taylor
4109624197

cc:   Hugh M. Bernstein, Esq.
      Thomas J. Gagliardo, Esq.
      Maurice Belmont Verstandig, Esq.
      Christianna Cathcart, Esq,

Clerk49 (rev. 03/03/2026)