Entered: August 3rd, 2026
Signed: August 3rd, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **26–17758 – MMH**   Chapter: **11**

**Jenk's Best Living, LLC and**
**PSC Thrive, LLC**
Debtors

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Gregory J. Jordan as counsel for Bocaire Tulsa Lender, LLC, and the certified statements in support thereof, and upon the recommendation of Thomas J. Gagliardo, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Gregory J. Jorand must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for–attorneys/training–and–registration–for–electronic–filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig, Christianna Annette Cathcart
      Movant – Gregory Jordan
      Local Counsel – Thomas Gagliardo
      U.S. Trustee

## End of Order

01x01 (rev. 03/12/2024) – MarkRybczynski