**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

In re:

Jenk's Best Living, LLC

Debtor

Case No.

26-17758-MMH

Chapter 11

**STATEMENT OF THE UNITED STATES TRUSTEE CONCERNING
APPOINTMENT OF A COMMITTEE OF UNSECURED CREDITORS**

TAKE NOTICE:  The Office of the United States Trustee files this statement of record to inform parties in interest and the Court that the United States Trustee has not appointed a committee of unsecured creditors under 11 U.S.C. § 1102.  The United States Trustee reserves all rights with respect to 11 U.S.C. § 1102, including, but not limited to, the decision to appoint a committee hereinafter, if deemed appropriate.

Date: August 4, 2026            Submitted by,

Matthew W. Cheney
Acting United States Trustee for Region 4
By Counsel

*/s/ Hugh M. Bernstein*
Hugh M. Bernstein, Bar No. 23489
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
Email: Hugh.m.bernstein@usdoj.gov
Attorney for the United States Trustee