United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 26-17758-MMH |
| Jenk's Best Living, LLC | Chapter 11 |
| PSC Thrive, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2026 | Form ID: pdfall | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748 |
| aty | + | Gregory J. Jordan, 350 N LaSalle Dr, Ste 700, Chicago, IL 60654-5177 |
| cr | + | Bocaire Tulsa Lender, LLC, 4092 Bocaire Boulevard, Boca Raton, FL 33487-1146 |
| jadb | + | PSC Thrive, LLC, 23 Walker Avenue Ste 300, Pikesville, MD 21208-4004 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | | |
| | | Aug 03 2026 19:56:00 | Office of the US Trustee, 101 W Lombard St, Ste 2650, Baltimore MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 05, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ari Scott Casper | acasper@casperfirm.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |

District/off: 0416-1                          User: admin                              Page 2 of 2
Date Rcvd: Aug 03, 2026                       Form ID: pdfall                          Total Noticed: 5

Elimelech Baruch
    ebaruch@casperfirm.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
    @notify.bestcase.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
    ndiglaw@recap.email

Thomas J Gagliardo
    tgagliardo@gelawyer.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 8

Entered: August 3rd, 2026
Signed: August 3rd, 2026

**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **26–17758 – MMH**     Chapter: **11**

**Jenk's Best Living, LLC and**
**PSC Thrive, LLC**
Debtors

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Gregory J. Jordan as counsel for Bocaire Tulsa Lender, LLC, and the certified statements in support thereof, and upon the recommendation of Thomas J. Gagliardo, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Gregory J. Jorand must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for–attorneys/training–and–registration–for–electronic–filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc:    Debtor
       Attorney for Debtor – Maurice Belmont VerStandig, Christianna Annette Cathcart
       Movant – Gregory Jordan
       Local Counsel – Thomas Gagliardo
       U.S. Trustee

### End of Order

01x01 (rev. 03/12/2024) – MarkRybczynski