**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

In re:                                                   Case No.: 26-17758-MMH

Jenk's Best Living, LLC                                  Chapter 11

Debtor

_____/

**VOLUME I**
**Exhibits 1-19**
**TABLE OF CONTENTS**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | JX76(2) – Email chain – Marc Kulick; Efraim Diveroli; and Robert Miley regarding YSA Investments x Vesta Loan – Due Diligence dated February 14, 2025 |
| 2 | JX-12 – Text chain – Marc Kulick; Efraim Diveroli; and Robert Miley regarding adding a joinder to the portfolio as a whole dated February 14, 2025 |
| 3 | JX 13 – Email chain – Marc Kulick; Robert Miley; Christopher Rogers; and Efraim Diveroli dated February 18, 2025 |
| 4 At 1, 18, 32 | JX 15 – Email chain – Christopher Rogers; Robert Miley; Efraim Diveroli; and Marc Kulick regarding YSA Collateral Pledge and Security Agreement – 02.18.2025 (CR Revised) redlines docx; YSA Vesta Collateral Pledge and Security Agreement – 02.18.25 (CR Revised).docx |
| 5 | JX 16 – Promissory Note; Collateral Pledge and Security Agreement; Joinder of Borrower Affiliated Entities; and Guaranty and ROFO dated February 18, 2025 |
| 6 | Guarantee and ROFO dated February 18, 2025 |
| 7 Composite | YSA – Vesta loans entered into: February 18, 2025; April 25, 2025; July 16, 2025; and July 31, 2025 |
| 8 | Transcripts of Delaware Chancery Court: Post Trial Oral Argument dated April 9, 2026; Oral Argument and Rulings of the Court on Plaintiff's Motion for Expedited Proceedings and Motion for Expedited Preliminary and Permanent Injunction dated November 25, 2025; and Preliminary and Permanent Injunction Hearing dated March 5, 2026 |
| 9 Composite | Recorded Second Mortgages |

| | |
|---|---|
| 10 Composite | UCC Financing Statements |
| 11 | Marc Kulick, Vesta Holdings, LLC and Asset Holder, LLC v  YSA Investments 1, LLC – Complaint |
| 12 Composite | Second Verified Motion for Expedited Preliminary and Permanent Injunction dated December 5, 2025; Defendants' Brief in Opposition to Plaintiffs' Second Verified Motion for Expedited Preliminary and Permanent Injunction dated December 12, 2025; Greenberg Traurig correspondence to Sean Bellew, Esq. and Benjamin Brodsky, Esq. dated January 29, 2026; and Brodsky Fotiu-Wojtowicz correspondence to Joel Tasca, Esq. dated February 2, 2026 |
| 13 | Counterclaim and Third Party Complaint dated February 11, 2026 |
| 14 | Delaware Post-Trial Memorandum Opinion dated June 9, 2026 |
| 15 | Composite of pictures various Properties |
| 16 | Vesta Louis Investments BK Trustee Hearing Transcript dated August 3, 2026 |
| 17 | United States Bankruptcy Court Norther District of Texas Dallas Division – Defendant YSA Investment 1, LLC's Response to Plaintiff's Emergency Motion for Temporary Restraining Order dated July 27, 2026 |
| 18 | Email communications between Maria K. Casareigo, Esq., for YSA and Nicholas Gurguis, Esq. for Trustee |
| 19 | Vesta Louis Investments BK Trustee Hearing Transcript dated August 3, 2026 |